**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  4:15-cv-1704 |
| ) | |
| DOE RUN RESOURCES CORPORATION, ) | |
| D.R ACQUISITION CORP., MARVIN K. ) | |
| KAISER, THEODORE P. FOX III, JERRY ) | |
| PYATT, JEFFREY L. ZELMS, RENCO ) | |
| HOLDINGS, INC., THE RENCO GROUP, INC., ) | |
| and IRA L. RENNERT, ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE OF CORPORATION INTERESTS
CERTIFICATE**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the District of Eastern Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant The Renco Group, Inc. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   None.

2. Subsidiaries not wholly owned by the corporation:

   AM General Holdings, LLC.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   None.

2122455

                                          Respectfully submitted,

                                          **DOWD BENNETT, LLP**

Dated:  November 13, 2015        By:  /s/ Edward L. Dowd, Jr.
                                          Edward L. Dowd, Jr.  #28785MO
                                          edowd@dowdbennett.com
                                          James F. Bennett  #46826MO
                                          jbennett@dowdbennett.com
                                          Terrence J. O'Toole #23247MO
                                          tjotoole@dowdbennett.com
                                          James E. Crowe, III #50031MO
                                          jcrowe@dowdbennett.com
                                          7733 Forsyth Blvd., Suite 1900
                                          St. Louis, Missouri 63105
                                          (314) 889-7300 (telephone)
                                          (314) 863-2111 (facsimile)

                                          *Attorneys for Defendant The Renco Group, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 13th day of November, 2015, a true and correct copy of the foregoing document was sent to counsel of record via First Class Mail and addressed as follows:

<u>Counsel for Plaintiffs</u>

D. Todd Matthews
Randy L. Gori
Gori, Julian & Assoc., P.C.
156 N. Main St.
Edwardsville, IL  62025

Sean P. Barth
Paul J. Napoli
Napoli Shkolnik PLLC
Mark Twain Plaza II
303 W. Vandalia St., Ste. 125
Edwardsville, IL  62025

<u>Counsel for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffery L. Zelms, Theodore P. Fox, III, and Jerry Pyatt</u>

Andrew Rothschild
Richard A. Ahrens
Thomas P. Berra, Jr.
Michael J. Hickey
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101

            /s/ Edward L. Dowd, Jr.