# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  4:15-cv-1704 |
| ) | |
| DOE RUN RESOURCES CORPORATION, ) | |
| D.R ACQUISITION CORP., MARVIN K. ) | |
| KAISER, THEODORE P. FOX III, JERRY ) | |
| PYATT, JEFFREY L. ZELMS, RENCO ) | |
| HOLDINGS, INC., THE RENCO GROUP, INC., ) | |
| and IRA L. RENNERT, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the District of Eastern Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Renco Holdings, Inc. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   The Renco Group, Inc.

2. Subsidiaries not wholly owned by the corporation:

   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   None.

2122458

                                    Respectfully submitted,

                                    **DOWD BENNETT, LLP**

Dated:  November 13, 2015        By:   /s/ Edward L. Dowd, Jr.
                                    Edward L. Dowd, Jr.  #28785MO
                                    edowd@dowdbennett.com
                                    James F. Bennett  #46826MO
                                    jbennett@dowdbennett.com
                                    Terrence J. O'Toole #23247MO
                                    tjotoole@dowdbennett.com
                                    James E. Crowe, III #50031MO
                                    jcrowe@dowdbennett.com
                                    7733 Forsyth Blvd., Suite 1900
                                    St. Louis, Missouri 63105
                                    (314) 889-7300 (telephone)
                                    (314) 863-2111 (facsimile)

                                    *Attorneys for Defendant Renco Holdings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of November, 2015, a true and correct copy of the foregoing document was sent to counsel of record via First Class Mail and addressed as follows:

<u>Counsel for Plaintiffs</u>

D. Todd Matthews
Randy L. Gori
Gori, Julian & Assoc., P.C.
156 N. Main St.
Edwardsville, IL  62025

Sean P. Barth
Paul J. Napoli
Napoli Shkolnik PLLC
Mark Twain Plaza II
303 W. Vandalia St., Ste. 125
Edwardsville, IL  62025

<u>Counsel for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffery L. Zelms, Theodore P. Fox, III, and Jerry Pyatt</u>

Andrew Rothschild
Richard A. Ahrens
Thomas P. Berra, Jr.
Michael J. Hickey
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101

/s/ Edward L. Dowd, Jr.