UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Scheduling Conference pursuant to Fed.R.Civ.P. 16 is reset from January 14, 2016 to **Tuesday, January 19, 2016 at 11:00 a.m. in Courtroom 16-South.**  The joint proposed scheduling plan is now due on or before January 12, 2016.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2016.

1