UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
|       Plaintiffs, | ) |
| vs. | ) Case No. 4:15 CV 1704 RWS |
| DOE RUN RESOURCES, CORP., et al., | ) |
|       Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion to continue [36] is granted and the Scheduling Conference pursuant to Fed.R.Civ.P. 16 is **reset** from January 26, 2016 to **Wednesday, February 24, 2016 at 2:00 p.m. in Courtroom 16-South.** The joint proposed scheduling plan is now due on or before February 17, 2016. Counsel are expected to appear in person for this conference.

                                                                _____
                                                                 RODNEY W. SIPPEL
                                                                 UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2016.

1