## COURTROOM MINUTE SHEET

CAUSE NO. 4:15CV1704 RWS          DATE: 2/24/16

JUDGE: Sippel

COURT REPORTER: Debbie Kriegshauser

DEPUTY CLERK: L. Wooley

FCC et al
vs.
Doe Run et al

ATTY(S) FOR PLTF(S)   Todd Matthews, Hunter Shkolnik, Frank Rodriguez
ATTY(S) FOR DEFT(S)   Andy Rothschild, Ed Dowd Jr, Jim Crowe, Michael Hickey

DEFT PRESENT

PARTIES PRESENT FOR Rule 16 conference. Discussion held between Court + counsel. Next hearing set for 4/28/16 @ 10:00 Am  order to issue

WITNESSES:

ATTY(S) PRESENT: _____

COURTROOM TIME: 2:15 pm - 2:55 pm