UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:15 CV 1704 RWS |
| DOE RUN RESOURCES, CORP., et al., | ) |
| Defendants. | ) |

## CASE MANAGEMENT ORDER

As discussed with counsel at the Rule 16 scheduling conference held today, the following schedule governs the initial stages of discovery in this matter. Additional case management orders will be entered as needed.

**IT IS HEREBY ORDERED that** Plaintiffs shall each complete a Plaintiff Profile Sheet and produce them to Defendants no later than **March 25, 2016.**

**IT IS FURTHER ORDERED that** the parties shall meet and confer regarding: a proposed protective order to be entered in this matter; Defendants' production of discovery from the case styled A.O.A. v. Doe Run Resources Corp., 4:11 CV 44 CDP; Defendants' production of blood lead studies; the additional information Defendants may seek from Plaintiffs through written discovery; and the production of Rule 26 disclosures.

**IT IS FURTHER ORDERED that** a status conference is set in this matter on **April 28, 2016 at 10:00 a.m.** in Courtroom 16 South.  The parties shall file a proposed agenda for the conference no later than **April 23, 2016**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2016.