IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:15-CV-1704-RWS |
| Doe Run Resources Corporation, et al., | ) ) ) |
| Defendants, | ) |

**STATUS REPORT AND AGENDA FOR**
**JANUARY 17, 2017 STATUS CONFERENCE**

Pursuant to the Court's Order dated November 30, 2017 (Dkt. No. 85), the parties submit the following report for the Court's consideration.

1. <u>Discovery protocol for individually severed cases and future cases:</u> On December 13, 2016, the Court ordered the Plaintiffs' claims in Case No. 4:15-cv-1704-RWS (the "Lead Case") and all other cases consolidated with the Lead Case[1] be severed and assigned a new case for each Plaintiff (or two related Plaintiffs). The Plaintiffs seek clarification and confirmation that the protocol of producing profile sheets remains the same. Further, the parties seek to learn the Court's anticipated procedure for cases that may be removed in the future.

2. <u>Discovery protocol for the Lead Case:</u> The parties wish to discuss with the Court whether written and oral discovery shall proceed in phases under direction of the Court or pursuant to the Federal and Local Rules.

---

[1] *L.B.H. v. The Doe Run Resources Corp. et al.*, 4:16 CV 59 JAR; *K.A.C.P v. The Doe Run Resources Corp. et al.*, 4:16 CV 60 RLW; *A.S.S.M. v. The Doe Run Resources Corp. et al.*, 4:16 CV 61 JAR; *J.J.L.L. v. The Doe Run Resources Corp. et al.*, 4: 16 CV 634 JAR; B.*E.M.C. v. The Doe Run Resources Corp. et al.*, 4:16 CV 749 AGF; *A.K.R.C. v. The Doe Run Resources Corp. et al.*, 4:16 CV 822 AGF; *J.L.L.B. v. The Doe Run Resources Corp. et al.*, 4:16 CV 829 RLW; and *V.D.H.H. v. The Doe Run Resources Corp. et al.*, 4:16 CV 1154 JAR.

Respectfully submitted,

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **GORI, JULIAN & ASSOC., P.C.** |
| By: /s/ Hunter Shkolnik | By: /s/ D. Todd Matthews |
| Hunter Shkolnik, #2031458NY | D. Todd Matthews, MO Bar 52502 |
| Paul J. Napoli, #251314NY | Randy L. Gori, MO Bar 47619 |
| Robert Gitelman, #427174NY | 156 N. Main St. |
| 1301 Avenue of the Americas, Tenth Floor | Edwardsville, IL 62025 |
| New York, NY, 10019 | (618) 659-9833 |
| (212) 397-1000 | todd@gorijulianlaw.com |
| hunter@napolilaw.com | randy@gorijulianlaw.com |
| pnapoli@napolilaw.com | |
| rgitelman@napolilaw.com | |

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

*Attorneys for Plaintifs*

2

<table>
<tr><td>

**DOWD BENNETT LLP**

By: /s/ Edward L. Dowd, Jr. (w/permission)
Edward L. Dowd, Jr. #28785MO
edowd@dowdbennett.com
James F. Bennett #46826MO
jbennett@dowdbennett.com
Terrence J. O'Toole, #23247MO
tjotoole@dowdbennett.com
James E. Crowe, III #50031MO
jcrowe@dowdbennett.com
Carlos Marin #66060MO
cmarin@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)

*Attorneys for Defendants*
The Renco Group, Inc.,
DR Acquisition Corp.,
Renco Holdings, Inc., and Ira L. Rennert

</td><td>

**LEWIS RICE LLC**

By: /s/ Andrew Rothschild (w/permission)
Andrew Rothschild, #23145MO
arothschild@lewisrice.com
Richard A. Ahrens, #24757MO
rahrens@lewisrice.com
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants*
The Doe Run Resources Corporation,
Marvin K. Kaiser, Albert Bruce Neil, Jerry Pyatt, and Theodore P. Fox, III

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 12, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: January 12, 2017

                                                  /s/ Patrick J. Lanciotti