# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
|     Plaintiffs, | ) |
| v. | ) No. 4:15-CV-1704-RWS |
| Doe Run Resources Corporation, et al., | ) (consolidated) |
|     Defendants. | ) |

**JOINT PROPOSED AGENDA FOR JUNE 4, 2019 STATUS CONFERENCE**

COME NOW Plaintiffs and Defendants, by and through the undersigned counsel, and, pursuant to the Court's May 16, 2019 Order [Dkt. No. 325], respectfully submit a joint proposed agenda for the June 4, 2019 Status Conference. The parties propose the following topics of discussion:

1. Introduction of Defendants' Lead Counsel, King & Spalding LLP

2. Status of Consolidated Cases

3. Structure for Fact and Expert Discovery

4. Submission of Proposed Case Management Order

Respectfully submitted, this 31st day of May, 2019,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, #2031458NY
Paul J. Napoli, #251314NY
360 Lexington Avenue
11th Floor
New York, NY, 10017
(212) 397-1000
hunter@napolilaw.com
pnapoli@napolilaw.com

**GORI, JULIAN & ASSOC., P.C.**

By: /s/ D. Todd Matthews
D. Todd Matthews, MO Bar 52502
Randy L. Gori, MO Bar 47619
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorijulianlaw.com
randy@gorijulianlaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

Attorneys for Plaintiffs

**KING & SPALDING LLP**

By: /s/ Geoffrey M. Drake
Andrew T. Bayman, #043342GA
Carmen R. Toledo, #714096GA
Geoffrey M. Drake, #229229GA
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 3039
(404) 572-3438
abayman@kslaw.com
ctoledo@kslaw.com
gdrake@kslaw.com

Tracie J. Renfroe, #16777000T
Carol M. Wood, #2594581
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 751-3209
cwood@kslaw.com
trenfroe@kslaw.com

James P. Cusick, #4041653NY
David M. Fine, #3021946NY
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
(212) 556-2170
jcusick@kslaw.com
dfine@kslaw.com

Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin M. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms

2

**LEWIS RICE LLC**

Andrew Rothschild, #23145MO
Thomas P. Berra, Jr., #43399MO
Michael J. Hickey, #47136MO
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
(314) 444-7600
arothschild@lewisrice.com
tbeerra@lewisrice.com
mhickey@lewisrice.com

Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffery L. Zelms, and Theodore P. Fox, III

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
edowd@dowdbennett.com

Attorneys for Defendants The Renco Group, Inc., DR Acquisition Corp., Ira L. Rennert, and Doe Run Cayman Holdings, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: May 31, 2019

/s/ Geoffrey M. Drake