UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs' counsel shall file a voluntary dismissal with prejudice of the three Plaintiffs from the Initial Trial Pool who have elected to not proceed with their claims no later than **December 9, 2020**.

**IT IS FURTHER ORDERED that** Plaintiffs' counsel shall file an affidavit restating the facts put forth at today's hearing in opposition to Defendants' motion to compel Plaintiffs' original handwritten fact sheets no later than **November 25, 2020**. Defendants shall file a response no later than **December 9, 2020**.

**IT IS FURTHER ORDERED that** the Court will hold a **Status Conference** on **Thursday, December 17, 2020, at 2:00 p.m.** by video via Zoom.  The parties shall submit a proposed agenda no later than **December 14, 2020**.  Hearing participants received a separate email with a link to join the hearing by Zoom.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are

prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

                                                                                  /s/ Rodney W. Sippel  
                                                                                  RODNEY W. SIPPEL  
                                                                                  UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2020.