# Exhibit C-2
# Filed Under Seal