# Exhibit C-3
# Filed Under Seal