UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:15 CV 1704 RWS |
| DOE RUN RESOURCES, CORP., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs shall have until **March 1, 2021** to produce any outstanding profile sheets for plaintiffs in Trial Groups A-K.

**IT IS FURTHER ORDERED that** the Court will hold a **Status Conference** on **Wednesday, February 17, 2021, at 2:00 p.m.** by video via Zoom. The parties shall submit a proposed agenda no later than **February 12, 2021**. Hearing participants received a separate email with a link to join the hearing by Zoom. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2021.