IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:15-CV-1704-RWS |
| Doe Run Resources Corporation, et al., | ) |
| Defendants. | ) |

### CASE MANAGEMENT ORDER NO. 9

**IT IS HEREBY ORDERED that** the parties joint proposed amended case management order [469] is adopted and the following case management deadlines will apply in this matter:

I. SCHEDULING PLAN

A. **Selection of the Initial Discovery Cohort**

Twenty-eight of the 120 initial trial pool Plaintiffs will be included in the initial discovery cohort; Plaintiffs shall choose 14 and Defendants shall choose 14. Plaintiffs have already made their initial 14 Initial Discovery Cohort Selections. Defendants must notify the Court and opposing counsel of their selected Plaintiffs by **March 29, 2021**. Those Plaintiffs must answer interrogatories and produce documents by **June 1, 2021**.

Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Plaintiffs by **March 29, 2021**. Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Defendants by **June 7, 2021**. Depositions of Initial Discovery Cohort Plaintiffs, family members, and caregivers will begin **June 9, 2021**. The process regarding depositions of Non-

Discovery Cohort Plaintiffs will be established by the Court at a later date.  Fact discovery for the Initial Discovery Cohort Plaintiffs ends **October 29, 2021.**

B.  **Selection of the Initial Expert Discovery Cohort**

The parties agree that two weeks after the completion of fact discovery, the parties will narrow the pool of Initial Discovery Cohort Plaintiffs down to 16 for expert discovery (the "Initial Expert Discovery Cohort").  Plaintiffs shall choose eight and Defendants shall choose eight.

Plaintiffs must notify the Court and opposing counsel of their selections by no later than **November 15, 2021**, two weeks upon conclusion of discovery with respect to the Initial Discovery Cohort.  Defendants must notify the Court and opposing counsel of their selections by no later than **November 22, 2021**.

II.   **OTHER PRE-TRIAL DEADLINES**

| Event | Deadline |
| --- | --- |
| **Referral to Alternative Dispute Resolution** | 30 days after ruling on dispositive and **Daubert** motions. |
| **Completion of ADR** | 90 days after ADR referral deadline. |
| **Plaintiffs' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2)** | December 20, 2021 |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | December 31, 2021 |

| Event | Deadline |
|---|---|
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | **December 31, 2021** |
| **Plaintiffs shall make their expert witnesses available for deposition** | **January 3, 2022** |
| **Depositions of Plaintiffs' expert witnesses will be completed.** | **March 7, 2022** |
| **Defendants shall notify Plaintiffs of the identity of the Rule 35 examiners and the scope of the examinations.** | **March 16, 2022** |
| **Any objections to the scope of the examinations shall be made to the Defendants.** | **March 28, 2022** |
| **If the parties are unable to reach an agreement as to the scope of the Rule 35 examinations, they shall notify the Court in writing, and report the nature of the dispute.** | **March 31, 2022** |
| **Plaintiffs shall make Expert Discovery Cohort Plaintiffs available for IMEs** | **April 13, 2022** |

3

| Event | Deadline |
|---|---|
| **IMEs of Expert Discovery Cohort Plaintiffs will be completed** | **July 18, 2022** |
| **Defendants' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in** **Fed. R. Civ. P. 26(a)(2)** | **September 16, 2022** |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **September 23 2022** |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | **September 23, 2022** |
| **Defendants shall make their expert witnesses available for depositions** | **October 7, 2022** |
| **Depositions of Defendants' expert witnesses will be completed.** | **December 21, 2022** |

4

| Event | Deadline |
|---|---|
| **Plaintiffs' deadline to designate all rebuttal expert witnesses and provide their reports** | **December 28, 2022** |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **January 9, 2023** |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and any exclusionary dates, so the Court may set a final schedule at the conference.** | **January 9, 2023** |
| **Plaintiffs shall make any rebuttal expert witnesses available for depositions.** | **January 18, 2023** |
| **Deadline to complete depositions of Plaintiffs' rebuttal experts** | **February 20, 2023** |
| **Close of expert discovery** | **February 20, 2023** |
| **Deadline to file dispositive motions** | **April 10, 2023** |
| **Deadline to file Motions to Limit or Exclude Expert Testimony** | **April 10, 2023** |
| **Deadline to file responses to any dispositive motions** | **May 22, 2023** |

| Event | Deadline |
|---|---|
| **Deadline to file responses to Motions to Limit or Exclude Expert Testimony** | May 22, 2023 |
| **Deadline to file replies in support of any dispositive motions** | June 19, 2023 |
| **Deadline to file replies in further support of Motions to Limit or Exclude Expert Testimony** | June 19, 2023 |

### III.     TRIAL DEADLINES

Pre-trial and trial-related deadlines will be set by further order of the Court after the completion of briefing on dispositive and other pre-trial motions.

### IV.    QUARTERLY STATUS CONFERENCES

The Court shall hold regular status conferences on dates to be established by the parties in consultation with the Court. Unless otherwise ordered above, one week before each conference, counsel shall file a joint status report informing the Court of any matters that should be discussed at the conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th of February, 2021.

6