**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 4:15-CV-1704-RWS |
| Doe Run Resources Corporation, et al., ) | |
| Defendants. ) | |

**CASE MANAGEMENT ORDER NO. 11**

**IT IS HEREBY ORDERED that** the parties joint proposed amended case management order [495] is adopted and the following case management deadlines will apply in this matter:

**I.  SCHEDULING PLAN**

    **A.  Selection of the Initial Discovery Cohort**

Twenty-eight of the 120 initial trial pool Plaintiffs will be included in the initial discovery cohort; Plaintiffs shall choose 14 and Defendants shall choose 14.  Plaintiffs have already made their initial 14 Initial Discovery Cohort Selections.  Defendants must notify the Court and opposing counsel of their selected Plaintiffs by **May 28, 2021**. Those Plaintiffs must answer interrogatories and produce documents by **August 2, 2021**.

Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Plaintiffs by **May 28, 2021**. Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Defendants by **August 6, 2021**. Depositions of Initial Discovery Cohort Plaintiffs, family members, and caregivers will begin **August 9, 2021**.  The process regarding depositions of

Non-Discovery Cohort Plaintiffs will be established by the Court at a later date. Fact discovery for the Initial Discovery Cohort Plaintiffs ends **December 29, 2021.**

B. **Selection of the Initial Expert Discovery Cohort**

The parties agree that two weeks after the completion of fact discovery, the parties will narrow the pool of Initial Discovery Cohort Plaintiffs down to 16 for expert discovery (the "Initial Expert Discovery Cohort"). Plaintiffs shall choose eight and Defendants shall choose eight.

Plaintiffs must notify the Court and opposing counsel of their selections by no later than **January 14, 2022**, two weeks upon conclusion of discovery with respect to the Initial Discovery Cohort. Defendants must notify the Court and opposing counsel of their selections by no later than **January 21, 2022**.

II. **OTHER PRE-TRIAL DEADLINES**

| Event | Deadline |
|---|---|
| **Referral to Alternative Dispute Resolution** | 30 days after ruling on dispositive and Daubert motions. |
| **Completion of ADR** | 90 days after ADR referral deadline. |
| **Plaintiffs' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2)** | February 18, 2022 |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | March 2, 2022 |

| Event | Deadline |
|---|---|
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | **March 2, 2022** |
| **Plaintiffs shall make their expert witnesses available for deposition** | **March 4, 2022** |
| **Depositions of Plaintiffs' expert witnesses will be completed.** | **May 6, 2022** |
| **Defendants shall notify Plaintiffs of the identity of the Rule 35 examiners and the scope of the examinations.** | **May 16, 2022** |
| **Any objections to the scope of the examinations shall be made to the Defendants.** | **May 27, 2022** |
| **If the parties are unable to reach an agreement as to the scope of the Rule 35 examinations, they shall notify the Court in writing, and report the nature of the dispute.** | **June 1, 2022** |
| **Plaintiffs shall make Expert Discovery Cohort Plaintiffs available for IMEs** | **June 13, 2022** |

| Event | Deadline |
| --- | --- |
| **IMEs of Expert Discovery Cohort Plaintiffs will be completed** | **September 16, 2022** |
| **Defendants' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in** **Fed. R. Civ. P. 26(a)(2)** | **November 16, 2022** |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **November 23, 2022** |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | **November 23, 2022** |
| **Defendants shall make their expert witnesses available for depositions** | **December 7, 2022** |
| **Depositions of Defendants' expert witnesses will be completed.** | **February 20, 2023** |

4

| Event | Deadline |
| --- | --- |
| **Plaintiffs' deadline to designate all rebuttal expert witnesses and provide their reports** | **February 27, 2022** |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **March 10, 2023** |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and any exclusionary dates, so the Court may set a final schedule at the conference.** | **March 10, 2023** |
| **Plaintiffs shall make any rebuttal expert witnesses available for depositions.** | **March 20, 2023** |
| **Deadline to complete depositions of Plaintiffs' rebuttal experts** | **April 21, 2023** |
| **Close of expert discovery** | **April 21, 2023** |
| **Deadline to file dispositive motions** | **June 9, 2023** |
| **Deadline to file Motions to Limit or Exclude Expert Testimony** | **June 9, 2023** |
| **Deadline to file responses to any dispositive motions** | **July 21, 2023** |

5

| Event | Deadline |
|---|---|
| **Deadline to file responses to Motions to Limit or Exclude Expert Testimony** | **July 21, 2023** |
| **Deadline to file replies in support of any dispositive motions** | **August 18, 2023** |
| **Deadline to file replies in further support of Motions to Limit or Exclude Expert Testimony** | **August 18, 2023** |

### III.   TRIAL DEADLINES

Pre-trial and trial-related deadlines will be set by further order of the Court after the completion of briefing on dispositive and other pre-trial motions.

### IV.  STATUS CONFERENCES

The Court shall hold regular status conferences on dates to be established by the parties in consultation with the Court. Unless otherwise ordered above, one week before each conference, counsel shall file a joint status report informing the Court of any matters that should be discussed at the conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2021.

6