UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.Y.C.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CV 1704 RWS |
| | ) | |
| DOE RUN RESOURCES, CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED that** the cases of the Plaintiffs listed in Exhibit A are hereby **DISMISSED without prejudice** for failing to submit a Plaintiff's Profile Sheet.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2021.

# EXHIBIT A

| | Plaintiff's Initials | Group | Case No. |
|---|---|---|---|
| 1 | BOYE | D | 4:17-cv-00731-RWS |
| 2 | HJLR | D | 4:17-cv-00928-RWS |
| 3 | BJCR | E | 4:17-cv-01880-RWS |
| 4 | SMCR | E | 4:17-cv-01881-RWS |
| 5 | MRVB | G | 4:19-cv-00621-RWS |
| 6 | BPA | G | 4:19-cv-00604-RWS |
| 7 | KDEC | I | 4:19-cv-01447-RWS |
| 8 | SVHE | I | 4:19-cv-01455-RWS |
| 9 | YJSO | I | 4:19-cv-01485-RWS |
| 10 | JMZR | I | 4:19-cv-01498-RWS |
| 11 | IFCP | I | 4:19-cv-01596-RWS |
| 12 | JSCP | I | 4:19-cv-01595-RWS |
| 13 | DFGC | I | 4:19-cv-01601-RWS |
| 14 | ANLR | I | 4:19-cv-01608-RWS |
| 15 | AJCLR | I | 4:19-cv-01607-RWS |
| 16 | JGAA | G | 4:19-cv-00693-RWS |
| 17 | JEQDLC | G | 4:19-cv-00718-RWS |
| 18 | SJQDLC | G | 4:19-cv-00719-RWS |
| 19 | SJTD | G | 4:19-cv-00731-RWS |
| 20 | XSCL | G | 4:19-cv-00777-RWS |
| 21 | LDCU | G | 4:19-cv-00778-RWS |
| 22 | VMDP | G | 4:19-cv-00779-RWS |
| 23 | JFRV | H | 4:19-cv-00857-RWS |
| 24 | NERV | H | 4:19-cv-00858-RWS |
| 25 | LAHP | I | 4:19-cv-01345-RWS |
| 26 | FRJH | I | 4:19-cv-01360-RWS |
| 27 | MRRC[1] | I | ~~4:19-cv-01387-RWS and~~ 4:19-cv-01385-RWS |
| 28 | YRCB | J | 4:19-cv-01963-RWS |
| 29 | BLAR | J | 4:19-cv-01672-RWS |
| 30 | JJBC | J | 4:19-cv-01735-RWS |
| 31 | LMCA | J | 4:19-cv-01745-RWS |
| 32 | ASCA | J | 4:19-cv-01753-RWS |
| 33 | MJCA | J | 4:19-cv-01754-RWS |
| 34 | EJCC | J | 4:19-cv-01756-RWS |

[1] Plaintiffs inadvertently filed MRRC twice on the same Complaint in Case No. 4:17-cv-01940. Accordingly, Plaintiffs request that the Court close one of the two party entries for MRRC, as MRRC has complied with the PFS requirement.

| | | | |
|---|---|---|---|
| 35 | AYZ | J | 4:19-cv-01814-RWS |
| 36 | EAYZ | J | 4:19-cv-01815-RWS |
| 37 | MYZ | J | 4:19-cv-01812-RWS |
| 38 | MYZ | J | 4:19-cv-01813-RWS |
| 39 | ISLS | H | 4:19-cv-01229-RWS |
| 40 | AKQR | H | 4:19-cv-01231-RWS |
| 41 | LASP | J | 4:19-cv-02088-RWS |
| 42 | AMRC | K | 4:19-cv-02209-RWS |
| 43 | ASAT | K | 4:18-cv-00638-RWS [no reassigned case no. identified] |
| 44 | JCCE | K | 4:19-cv-02172-RWS |
| 45 | MSGS | K | 4:19-cv-02175-RWS |
| 46 | EYHF | K | 4:19-cv-02178-RWS |
| 47 | LGLH | K | 4:19-cv-02179-RWS |
| 48 | SANF | K | 4:19-cv-02191-RWS |
| 49 | JEPE | K | 4:19-cv-02198-RWS |
| 50 | YMRA | K | 4:19-cv-02205-RWS |
| 51 | JHSS | K | 4:19-cv-02224-RWS |
| 52 | KNTS | K | 4:19-cv-02225-RWS |