**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

J.Y.C.C., et al.,                                          )
                                                           )
                          Plaintiffs,                      )
                                                           )          No. 4:15-CV-1704-RWS
                          v.                               )
                                                           )          (consolidated)
Doe Run Resources Corporation, et al.,                     )
                                                           )
                          Defendants.                      )


**UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 15**

COME NOW Defendants, by and through their undersigned counsel, and respectfully request, with Plaintiffs' consent, that the Court grant this Unopposed Motion to Modify Case Management Order No. 15 and enter the attached Proposed Case Management Order No. 16 (Exhibit A).  In support of this Motion, Defendants state as follows:

1.   On October 22, 2021, Defendants requested a 30-day extension of all remaining case deadlines.  Plaintiffs agreed on October 25, 2021.

2.   A proposed Case Management Order No. 16 extending the deadlines is submitted contemporaneously herewith for the Court's consideration (Exhibit A).

3.   Defendants have conferred with Plaintiffs, who consent to the relief requested herein.

Accordingly, Defendants respectfully request that the Court grant this unopposed Motion and enter the attached Proposed Case Management Order No. 16.

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ Geoffrey M. Drake
Andrew T. Bayman (GA Bar No. 043342)
Carmen R. Toledo (GA Bar No. 714095)
Geoffrey M. Drake (GA Bar No. 229229)
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
(404) 572-3438
abayman@kslaw.com
ctoledo@kslaw.com
gdrake@kslaw.com

Tracie J. Renfroe (TX Bar No. 16777000)
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 751-3209
trenfroe@kslaw.com

James P. Cusick (NY Bar No. 4041653)
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
(212) 556-2170
jcusick@kslaw.com

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Renco Holdings, Inc., Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Jeffrey L. Zelms, Jerry Pyatt*

**LEWIS RICE LLC**

Thomas P. Berra, Jr. (#43399MO)
Michael J. Hickey (#47136MO)
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
(314) 444-7600
tbeerra@lewisrice.com
mhickey@lewisrice.com

*Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser,*

2

*Albert Bruce Neil, Jeffrey L. Zelms, and Theodore P. Fox, III, Jerry Pyatt*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. (#28785MO)
edowd@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
edowd@dowdbennett.com

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Ira L. Rennert, Renco Holdings, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 25, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: October 25, 2021

                                        _____/s/_Geoffrey M. Drake_____