# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 4:15-CV-01704-RWS |
| THE DOE RUN RESOURCES CORPORATION, *et al.*, | ) (CONSOLIDATED) ) ) ) |
| Defendants. | ) |

**PROPOSED CASE MANAGEMENT ORDER NO. 16**

### III. AMENDED SCHEDULING PLAN

As set forth in the foregoing Motion, the Parties have conferred and hereby submit the Proposed Amended Scheduling plan.

**A.    Selection of the Initial Discovery Cohort**

Twenty-eight of the 120 initial trial pool Plaintiffs will be included in the initial discovery cohort; Plaintiffs shall choose 14 and Defendants shall choose 14. Plaintiffs have already made their 14 Initial Discovery Cohort Selections. Defendants must notify the Court and opposing counsel of their selected Plaintiffs by **November 29, 2021**. Those Plaintiffs must answer interrogatories and produce documents by **December 31, 2021**.

Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Plaintiffs by **November 29, 2021**. Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Defendants by **January 19, 2022**. Depositions of Initial Discovery Cohort Plaintiffs, family members, and caregivers will begin **February 9, 2022**. The process regarding depositions

of Non-Discovery Cohort Plaintiffs will be established by the Court at a later date. Fact discovery for the Initial Discovery Cohort Plaintiffs ends **June 15, 2022**.

### B. Selection of the Initial Expert Discovery Cohort

The parties agree that two weeks after the completion of fact discovery, the parties will narrow the pool of Initial Discovery Cohort Plaintiffs down to 16 for expert discovery (the "Initial Expert Discovery Cohort"). Plaintiffs shall choose eight and Defendants shall choose eight.

Plaintiffs must notify the Court and opposing counsel of their selections by no later than **June 30, 2022**. Defendants must notify the Court and opposing counsel of their selections by no later than **July 7, 2022**.

### II. OTHER PRE-TRIAL DEADLINES

| Event | Deadline |
|---|---|
| **Referral to Alternative Dispute Resolution** | 30 days after rulings on dispositive and **Daubert** motions. |
| **Completion of ADR** | 90 days after ADR referral deadline. |
| **Plaintiffs' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2)** | July 20, 2022 |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | August 1, 2022 |

| Event | Deadline |
|---|---|
| If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference. | August 1, 2022 |
| Plaintiffs shall make their expert witnesses available for deposition | August 4, 2022 |
| Depositions of Plaintiffs' expert witnesses will be completed. | October 5, 2022 |
| Defendants shall notify Plaintiffs of the identity of the Rule 35 examiners and the scope of the examinations. | October 14, 2022 |
| Any objections to the scope of the examinations shall be made to the Defendants. | October 26, 2022 |
| If the parties are unable to reach an agreement as to the scope of the Rule 35 examinations, they shall notify the Court in writing, and report the nature of the dispute. | October 31, 2022 |
| Plaintiffs shall make Expert Discovery Cohort Plaintiffs available for IMEs | November 11, 2022 |
| IMEs of Expert Discovery Cohort Plaintiffs will be completed | February 15, 2023 |
| Defendants' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) | April 17, 2023 |

8

| Event | Deadline |
| --- | --- |
| The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted. | April 24, 2023 |
| If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference. | April 24, 2023 |
| Defendants shall make their expert witnesses available for depositions | May 5, 2023 |
| Depositions of Defendants' expert witnesses will be completed. | July 21, 2023 |
| Plaintiffs' deadline to designate all rebuttal expert witnesses and provide their reports | July 28, 2023 |
| The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted. | August 9, 2023 |
| If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and any exclusionary dates, so the Court may set a final schedule at the conference. | August 9, 2023 |
| Plaintiffs shall make any rebuttal expert witnesses available for depositions. | August 18, 2023 |

9

| Event | Deadline |
|---|---|
| Deadline to complete depositions of Plaintiffs' rebuttal experts | September 20, 2023 |
| Close of expert discovery | September 20, 2023 |
| Deadline to file dispositive motions | November 8, 2023 |
| Deadline to file Motions to Limit or Exclude Expert Testimony | November 8, 2023 |
| Deadline to file responses to any dispositive motions | December 20, 2023 |
| Deadline to file responses to Motions to Limit or Exclude Expert Testimony | December 20, 2023 |
| Deadline to file replies in support of any dispositive motions | January 17, 2024 |
| Deadline to file replies in further support of Motions to Limit or Exclude Expert Testimony | January 17, 2024 |

### III.   TRIAL DEADLINES

Pre-trial and trial-related deadlines will be set by further order of the Court after completion of briefing on dispositive and other pre-trial motions.

### IV.   STATUS CONFERENCES

The Court shall hold regular status conferences on dates to be established by the parties in consultation with the Court. Unless otherwise ordered, one week before each conference, counsel shall file a joint status report informing the Court of any matters that should be discussed at the conference.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this ___ of _____, 2021

10