UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

In accordance with the reasons I articulated at today's hearing,

**IT IS HEREBY ORDERED that** the parties shall submit a joint proposed Plaintiffs verification plan, using Plaintiffs' proposal [563] as a template, no later than **March 28, 2022**.

**IT IS FURTHER ORDERED that** Defendants' motion for the appointment of a special master [559] is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants' renewed motion to compel the production of original handwritten plaintiff profile sheets [561] is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiffs' motions to compel the production of documents and Rule 30(b)(6) witnesses [588 and 590] are **DENIED** without prejudice.

**IT IS FURTHER ORDERED that** Plaintiffs' motion for a protective order regarding Defendants' discovery requests directed at Plaintiff W.M.B.F. [592] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' emergency motion for a protective order [607] is **GRANTED** as stated on the record.

**IT IS FURTHER ORDERED that** a status conference is set on **May 23, 2022 at 10:00 a.m.** in person in Courtroom 16-South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2022.