UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.Y.C.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CV 1704 RWS |
| | ) | |
| DOE RUN RESOURCES, CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

In accordance with my rulings at today's hearing,

**IT IS HEREBY ORDERED that** Plaintiffs' emergency motion for a protective order [651] is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants' cross-motion for sanctions [662] is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants' motion to dismiss Plaintiffs for a failure to prosecute by producing signed and notarized profile sheets [641] is **DENIED**.

**IT IS FURTHER ORDERED that** any plaintiffs' profile sheets that are missing plaintiffs' signatures shall be signed, notarized, and produced to Defendants **no later than August 19, 2022**.  The parties shall file a joint report on

the outcome of this production **no later than August 26, 2022**.

**IT IS FURTHER ORDERED that** any Initial Trial Pool plaintiffs who have not produced profile sheets that have been notarized shall produce notarized profile sheets to Defendants **no later than July 22, 2022**. The parties shall file a joint report on the outcome of this production **no later than July 29, 2022**.

**IT IS FURTHER ORDERED that** any remaining plaintiffs who have not produced profile sheets that have been notarized shall produce notarized profile sheets to Defendants **no later than October 31, 2022**. The parties shall file a joint report on the outcome of this production **no later than November 7, 2022**.

**IT IS FURTHER ORDERED that** Plaintiffs shall file a response to Defendants' motion to dismiss Initial Trial Pool plaintiffs who did not comply with the Court's verification process order **no later than July 27, 2022**.  Defendants shall file their reply brief **no later than August 8, 2022**.

**IT IS FURTHER ORDERED that** the parties shall submit simultaneous briefs regarding the production of Initial Trial Pool plaintiffs' authorizations executed during the verification process **no later than August 9, 2022**.  The parties shall file simultaneous response briefs **no later than August 16, 2022**.

**IT IS FURTHER ORDERED that** the next status conference / hearing will be set at a later date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2022.