# Exhibit 1

UNITED STATES DISTRICT COURT
for the
Southern District of Florida



FILED BY_____D.C.

JUL 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: MATTER OF THE EX PARTE
APPLICATION OF THE RENCO GROUP,
INC. AND THE DOE RUN RESOURCES
CORP. FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C SECTION 1782

Applicants
_____/

Civil Action No. 122-mc-21115-JAL

## DEPONENT VICTOR CAREAGA'S OBJECTION TO APPLICANTS' SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

COMES NOW, the Deponent, Victor A. Careaga, in Pro Se manner and, pursuant to the Federal Rule of Civil Procedure 45 (d) (2), files this his Objection to the Subpoena to Testify at a Deposition in a Civil Action and would state as follows:

1. Deponent was served with a Subpoena to Testify at a Deposition in a Civil Action on July 5, 2022. A copy of the Subpoena is attached hereto as Exhibit "A".

2. Prior to the issuance of the subpoena, The Applicants, THE RENCO GROUP and DOE RUN RESOURCES (collectively, "Applicants") filed an *Ex Parte* Application for An Order to Take Discovery Pursuant to 28 U.S.C. Section 1782 requesting that the undersigned be deposed.

3. An Order on the *Ex Parte* Application was entered by this Court on June 8, 2022. Applicants seek the discovery deposition of the undersigned for use in a pending, confidential *criminal investigation* in a foreign country, *that of Peru.*

4. In their *Ex Parte* Application, the Applicants also discuss the existence of *long standing* consolidated federal court civil actions in the United States District Court for the

Eastern District of Missouri* in which thousands of Peruvian citizens, represented by various plaintiffs' firms here in the United States, have filed claims in Missouri for personal injury caused by the polymetallic smelter owned and operated by the Applicants in and around the town of La Oroya, Peru.

5. Applicants submit in a defamatory manner that the undersigned was involved in a fraudulent scheme to recruit Peruvian plaintiffs so that they could participate in the Missouri litigation and therefore possesses direct knowledge of this purported scheme.

6. That the substance of the testimony and documents the Applicants seek to require by way of the subpoena in question have been litigated and been part of the long-standing discovery process that has taken place for years in the consolidated federal court cases in Missouri. In addition, the *substance* of the testimony and documents requested the Applicants is protected by the attorney client privilege or work product doctrines due to the fact that this deponent acted, at all times material, as either counsel to the Peruvian citizens (from 2006 to April, 2013) or as a legal assistant and consultant to the law firms representing all the Peruvian citizens in the Missouri litigation from October/November 2013 to present.

7. Among other orders entered by the Federal District Court for the Eastern District of Missouri ("Missouri Federal District Court") is a protective Order entered on or about March 24, 2022. The subject matter sought from the deponent by the Applicants falls squarely within the purview of the protective order entered in Missouri dated March 24, 2022.

8. The attorneys representing the Plaintiffs in one of the consolidated Missouri cases, *J.Y.C.C. et al. The Doe Run Resources Corp., et al, 4:15-cv-01704-RWS*, have recently

---

\* The cases in Missouri are consolidated under *A.O.A. et al v. Doe Run Resources Corp, et al, 4:11-cv-00044-CDP* (E.D., Mo.) and *J.Y.C.C. et al. The Doe Run Resources Corp., et al, 4:15-cv-01704-RWS* (E.D., Mo.).

filed a motion before the court in the *J.Y.C.C.* action which asserts that the discovery sought by the Applicants by way of the subpoena runs contrary to existing and controlling law under the All-Writs Act., 28 U.S.C. Sec. 1651 (a) and its interpreting precedents. A copy of the *J.Y.C.C.* Plaintiffs' Motion for Relief on Plaintiff's Motion for Anti-Suit Injunction to Prevent Frustration of Court's Protective Order of March 24, 2022 ("Motion for Anti-Suit Injunction"), and the Memorandum in support of the Motion for Anti-Suit Injunction is attached hereto as composite exhibits "B" and "C."

9. The *J.Y.C.C.* Plaintiff's Motion for Anti-Suit Injunction and supporting Memorandum, both recently filed in in the Eastern District for Missouri on July 13, 2022, request that no discovery be taken that could run afoul of that Court's protective order of March 24, 2022. The undersigned respectfully submits that the taking of the undersigned's deposition as sought by the Applicants would run afoul of the March 24, 2022, Protective Order that is in part the subject of the Motion for Anti-Suit Injunction.

10. As a result of the filings in the Missouri litigation, the undersigned would be put in an impossible situation where the undersigned may be deemed to be acting contrary to either this Honorable Court's orders or of orders entered by the Missouri Federal District Court.

11. Accordingly, the undersigned objects to the taking of a deposition as presently sought by the Applicants until such time as this Court and the Missouri Federal District Court have determined the propriety of the discovery sought by the Applicants.

**WHEREFORE,** Defendant Victor A. Careaga, as a pro se litigant, respectfully requests that this Court accept the Objection filed herein, quash the subpoena served on the deponent and/or, in the alternative, abate the taking of the discovery sought by Applicants until such time as the Eastern District Court on the consolidated federal actions in Missouri rules on the Motion

for Relief on Plaintiffs' Motion for Anti-Suit Injunction to Prevent Frustration of Court's Protective Order of March 24, 2022 and award any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection was served via electronic transmission upon counsel for the Applicants, RIVERO MESTRE, LLP, at 2525 at 2525 Ponce de Leon Blvd., Suite 1000, Coral Gables, FL 33134, to wit, Robert J. Kuntz, Esq., at rkuntz@riveromestre.com; Jorge A. Mestre, Esq., jmestre@riveromestre.com and Amanda I. Fernandez, Esq. at afernandez@riveromestre.com this 19th day of July, 2022.

Respectfully submitted,

Victor A. Careaga, Pro Se
10420 NW 74th St., # 304
Medley, FL 33178
Tel: (305) 439-8325
Email: victoracareaga23@gmail.com

_____
Victor A. Careaga