# Exhibit 2

# RIVERO MESTRE

July 22, 2022

**By U.S. Postal service and email**

Victor A. Careaga
10420 NW 74th St., #304
Medley, FL 33178
(305) 439-8325
Email: victoracareaga23@gmail

  **Re:** **Application of the Renco Group Inc. and the Doe Run Resources Corporation for an Order to the take Discovery Pursuant to 28 U.S.C. § 1782; Case No. 1:22-mc-21115-JAL**

Dear Mr. Careaga:

  Thank you for speaking with me today. You confirmed that you are appearing *pro se* in the matter referred to the above but, if you obtain counsel at any time, please tell me so and I will be certain to speak with your attorney.

  Thank you, too, for your agreement to accept service of any future notice, subpoena or pleading in this matter at the email address above. Accordingly, as we discussed, **your deposition in this matter, presently set for Wednesday 3 August in our office, is postponed pending further notice**.

  If you have any questions, please do not hesitate to contact me.

           Very truly yours,

           /s/ Robert J. Kuntz
          Robert J. Kuntz



