# Exhibit B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| J.Y.C.C., *et al.*, | ) | |
| | ) | Case No. 4:15-cv-01704-RWS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOSHUA R. WEISS

I, Joshua R. Weiss, hereby declare that:

1. I am Vice President and Chief Legal Officer of The Renco Group, Inc. ("Renco").

2. I am competent in all respects to make this declaration and have personal knowledge of the matters stated herein.

3. I have reviewed Plaintiffs' Motion to Enforce or Supplement this Court's Protective Order of March 24, 2022 and Memorandum in Support ("Motion"), ECF Nos. 701-02, filed on October 7, 2022.

4. I am providing this declaration solely to correct certain misrepresentations in Plaintiffs' Motion, as set forth in more detail below.

5. In their Motion, Plaintiffs allege that Doe Run Peru formerly employed Miguel Roberto Huanay Bonilla ("Mr. Huanay"). (Motion at 3.)  Plaintiffs further allege that Mr. Huanay has been and is presently acting as "counsel for Defendants in Peru." (*Id.* at 1.)  This is false.  It is my understanding that Mr. Huanay was employed approximately 15 years ago by

non-party Doe Run Peru. To my knowledge, he has never been employed by any Defendant in this action. Mr. Huanay is not Renco's counsel in Peru or anywhere else. He is not employed or compensated by Renco, he is not an agent or representative of Renco in any capacity whatsoever, and he has no authority to act or speak on Renco's behalf. Renco does not control or direct the actions or communications of Mr. Huanay.

6. Plaintiff's Motion further alleges that Mr. Huanay "has been persistent in his efforts to contact [represented Plaintiffs] in an attempt to make settlement offers and garner claim releases for cases pending before this Court, all without the knowledge of [Plaintiffs'] counsel." (Motion at 3.) Again, Renco does not control or direct the actions or communications of Mr. Huanay. Moreover, Renco has not entered into any settlement agreements or made any settlement payments to any Plaintiff or their legal representatives in this litigation through Mr. Huanay or any other individual.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on October 21, 2022

_____
Joshua R. Weiss