UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., *et al.*, ) | |
| ) | Case No. 4:15-cv-01704-RWS |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE DOE RUN RESOURCES ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED CASE MANAGEMENT ORDER NO. 17**

Pursuant to this Court's January 26, 2023 Order (ECF No. 720), the parties submit this joint proposed Case Management Order No. 17.[1] The following case management deadlines will apply in this matter:[2]

**I.  SCHEDULING PLAN**

   **A.  Outstanding Profile Sheets for Ungrouped Plaintiffs**

Plaintiffs shall produce Profile Sheets for the following 247 ungrouped Plaintiffs by **May 10,**

---

[1] On January 20, 2023, Judge Perry certified for interlocutory appeal her Memorandum and Order on Defendants' Motion for Application of Peruvian Law and Summary Judgment Under Peruvian Law, or Alternatively, Dismissal Under Transnational Law Doctrines, pursuant to 28 U.S.C. § 1292(b). *A.O.A., et al. v. DRRC, et al.*, Case No. 4:11-cv-00044-CDP (ECF No. 1322). Judge Perry reasoned that if Defendants' contentions are correct, "this *litigation will be over* – at least in courts of the United States" and that without resolution of the presented "novel, difficult, and case-dispositive legal questions, this litigation will go on years into the future at even greater expense – *possibly unnecessarily so*." (*Id.* at 77, 78) (emphasis added). Accordingly, on January 31, 2023, Defendants/Petitioners filed a Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) in the Eighth Circuit Court of Appeals (Appeal No. 23-8001). Given the same legal issues raised in these cases, while the parties offer these dates during the pendency of the Petition, Defendants advise the Court that they intend to move to stay these proceedings pending resolution of the appeal should their Petition be granted. Plaintiffs will oppose any stay sought by Defendants.

[2] Although the deadlines herein primarily concern the Initial Trial Pool ("ITP") Plaintiffs, Defendants reserve all rights to raise other issues with the Court involving the non-Trial Pool Plaintiffs, including but not limited to any fraud-related issues.

1

**2023**:

|     | PLFID | Initials | Federal Case No. |
|-----|-------|----------|------------------|
| 1.  | 1145  | YYMC     | 4:17-cv-01225-SPM |
| 2.  | 1425  | CSCA     | 4:17-cv-01957-RWS |
| 3.  | 1703  | SPAB     | 4:17-cv-01963-JAR |
| 4.  | 1990  | KMCC     | 4:18-cv-00638-RWS |
| 5.  | 2050  | SMM      | 4:20-cv-00964-RWS |
| 6.  | 2053  | NFAP     | 4:20-cv-00964-RWS |
| 7.  | 2054  | TAR      | 4:20-cv-00964-RWS |
| 8.  | 2055  | NCAJ     | 4:20-cv-00964-RWS |
| 9.  | 2056  | RAAJ     | 4:20-cv-00964-RWS |
| 10. | 2057  | ABAG     | 4:20-cv-00964-RWS |
| 11. | 2058  | DYBV     | 4:20-cv-00964-RWS |
| 12. | 2060  | XMYBDLC  | 4:20-cv-00964-RWS |
| 13. | 2061  | EMBV     | 4:20-cv-00964-RWS |
| 14. | 2062  | OOBV     | 4:20-cv-00964-RWS |
| 15. | 2063  | VIBV     | 4:20-cv-00964-RWS |
| 16. | 2064  | SLBZ     | 4:20-cv-00964-RWS |
| 17. | 2066  | AJCQ     | 4:20-cv-00964-RWS |
| 18. | 2068  | MICQ     | 4:20-cv-00964-RWS |
| 19. | 2069  | ANCG     | 4:20-cv-00964-RWS |
| 20. | 2070  | KBCG     | 4:20-cv-00964-RWS |
| 21. | 2071  | EZCC     | 4:20-cv-00964-RWS |
| 22. | 2072  | XRCC     | 4:20-cv-00964-RWS |
| 23. | 2073  | MACD     | 4:20-cv-00964-RWS |
| 24. | 2074  | AMCA     | 4:20-cv-00964-RWS |
| 25. | 2075  | TACP     | 4:20-cv-00964-RWS |
| 26. | 2076  | ASCR     | 4:20-cv-00964-RWS |
| 27. | 2077  | YSCR     | 4:20-cv-00964-RWS |
| 28. | 2078  | JACL     | 4:20-cv-00964-RWS |
| 29. | 2079  | IABCR    | 4:20-cv-00964-RWS |
| 30. | 2080  | REDC     | 4:20-cv-00964-RWS |
| 31. | 2081  | ADLCA    | 4:20-cv-00964-RWS |
| 32. | 2082  | AJDLCA   | 4:20-cv-00964-RWS |
| 33. | 2083  | CMDR     | 4:20-cv-00964-RWS |
| 34. | 2084  | LKEL     | 4:20-cv-00964-RWS |
| 35. | 2085  | YAFG     | 4:20-cv-00964-RWS |
| 36. | 2086  | SKPFL    | 4:20-cv-00964-RWS |
| 37. | 2087  | ANFC     | 4:20-cv-00964-RWS |
| 38. | 2088  | FAFC     | 4:20-cv-00964-RWS |
| 39. | 2089  | WHGH     | 4:20-cv-00964-RWS |

| | | | |
|---|---|---|---|
| 40. | 2090 | JDGD | 4:20-cv-00964-RWS |
| 41. | 2091 | ALGP | 4:20-cv-00964-RWS |
| 42. | 2092 | JJGP | 4:20-cv-00964-RWS |
| 43. | 2093 | PFMHI | 4:20-cv-00964-RWS |
| 44. | 2094 | RHV | 4:20-cv-00964-RWS |
| 45. | 2095 | KYJP | 4:20-cv-00964-RWS |
| 46. | 2096 | ALC | 4:20-cv-00964-RWS |
| 47. | 2097 | ELC | 4:20-cv-00964-RWS |
| 48. | 2098 | JGLL | 4:20-cv-00964-RWS |
| 49. | 2099 | BMLM | 4:20-cv-00964-RWS |
| 50. | 2100 | HNLE | 4:20-cv-00964-RWS |
| 51. | 2101 | BALP | 4:20-cv-00964-RWS |
| 52. | 2102 | LKLP | 4:20-cv-00964-RWS |
| 53. | 2103 | LAMM | 4:20-cv-00964-RWS |
| 54. | 2104 | JVMB | 4:20-cv-00964-RWS |
| 55. | 2105 | DDMT | 4:20-cv-00964-RWS |
| 56. | 2106 | NDMT | 4:20-cv-00964-RWS |
| 57. | 2107 | SKMM | 4:20-cv-00964-RWS |
| 58. | 2108 | ANMP | 4:20-cv-00964-RWS |
| 59. | 2109 | MKMME | 4:20-cv-00964-RWS |
| 60. | 2166 | NEMF | 4:19-cv-00938-JAR |
| 61. | 2167 | NLMR | 4:19-cv-00938-JAR |
| 62. | 2168 | CMZC | 4:19-cv-00938-JAR |
| 63. | 2169 | JNAS | 4:19-cv-00938-JAR |
| 64. | 2170 | PALR | 4:19-cv-00938-JAR |
| 65. | 2171 | AAAS | 4:19-cv-02572-JAR |
| 66. | 2172 | ELEAS | 4:19-cv-02572-JAR |
| 67. | 2173 | GKAS | 4:19-cv-02572-JAR |
| 68. | 2174 | AYAS | 4:19-cv-02572-JAR |
| 69. | 2175 | KCAP | 4:19-cv-02572-JAR |
| 70. | 2176 | RAAM | 4:19-cv-02572-JAR |
| 71. | 2177 | YFBR | 4:19-cv-02572-JAR |
| 72. | 2178 | JJCR | 4:19-cv-02572-JAR |
| 73. | 2179 | LNCR | 4:19-cv-02572-JAR |
| 74. | 2180 | ABCC | 4:19-cv-02572-JAR |
| 75. | 2181 | MCCC | 4:19-cv-02572-JAR |
| 76. | 2182 | MDCR | 4:19-cv-02572-JAR |
| 77. | 2183 | GYCR | 4:19-cv-02572-JAR |
| 78. | 2184 | IYCM | 4:19-cv-02572-JAR |
| 79. | 2185 | JDCM | 4:19-cv-02572-JAR |
| 80. | 2186 | JPCL | 4:19-cv-02572-JAR |
| 81. | 2187 | YMCL | 4:19-cv-02572-JAR |

| | | | |
|---|---|---|---|
| 82. | 2188 | DACT | 4:19-cv-02572-JAR |
| 83. | 2189 | YACA | 4:19-cv-02572-JAR |
| 84. | 2190 | NICQ | 4:19-cv-02572-JAR |
| 85. | 2191 | ARCV | 4:19-cv-02572-JAR |
| 86. | 2192 | ACDM | 4:19-cv-02572-JAR |
| 87. | 2193 | ABDM | 4:19-cv-02572-JAR |
| 88. | 2194 | AGEB | 4:19-cv-02572-JAR |
| 89. | 2195 | HFHDLC | 4:19-cv-02572-JAR |
| 90. | 2196 | JNHDLC | 4:19-cv-02572-JAR |
| 91. | 2197 | MMHC | 4:19-cv-02572-JAR |
| 92. | 2198 | FIH | 4:19-cv-02572-JAR |
| 93. | 2199 | FIH | 4:19-cv-02572-JAR |
| 94. | 2200 | JCJLR | 4:19-cv-02572-JAR |
| 95. | 2201 | JJULR | 4:19-cv-02572-JAR |
| 96. | 2202 | SFLR | 4:19-cv-02572-JAR |
| 97. | 2203 | YLC | 4:19-cv-02572-JAR |
| 98. | 2204 | EJLH | 4:19-cv-02572-JAR |
| 99. | 2205 | GAMQ | 4:19-cv-02572-JAR |
| 100. | 2206 | LCAMQ | 4:19-cv-02572-JAR |
| 101. | 2207 | XYMQ | 4:19-cv-02572-JAR |
| 102. | 2208 | JEMA | 4:19-cv-02572-JAR |
| 103. | 2209 | GPMR | 4:19-cv-02572-JAR |
| 104. | 2210 | NBMZ | 4:19-cv-02572-JAR |
| 105. | 2211 | JAMT | 4:19-cv-02572-JAR |
| 106. | 2212 | IDMT | 4:19-cv-02572-JAR |
| 107. | 2213 | YYMT | 4:19-cv-02572-JAR |
| 108. | 2214 | AAOR | 4:19-cv-02572-JAR |
| 109. | 2215 | DMOR | 4:19-cv-02572-JAR |
| 110. | 2216 | JJOF | 4:19-cv-02572-JAR |
| 111. | 2217 | MMOA | 4:19-cv-02572-JAR |
| 112. | 2218 | MAOA | 4:19-cv-02572-JAR |
| 113. | 2219 | GFPDLC | 4:19-cv-02572-JAR |
| 114. | 2220 | DLPA | 4:19-cv-02572-JAR |
| 115. | 2221 | JJRC | 4:19-cv-02572-JAR |
| 116. | 2222 | ELRH | 4:19-cv-02572-JAR |
| 117. | 2223 | SJRA | 4:19-cv-02572-JAR |
| 118. | 2224 | KIRV | 4:19-cv-02572-JAR |
| 119. | 2225 | ERC | 4:19-cv-02572-JAR |
| 120. | 2227 | JYRV | 4:19-cv-02572-JAR |
| 121. | 2228 | RJRF | 4:19-cv-02572-JAR |
| 122. | 2229 | DIRA | 4:19-cv-02572-JAR |
| 123. | 2230 | LLRA | 4:19-cv-02572-JAR |

| | | | |
|---|---|---|---|
| 124. | 2231 | GASR | 4:19-cv-02572-JAR |
| 125. | 2232 | MSSM | 4:19-cv-02572-JAR |
| 126. | 2233 | KJTT | 4:19-cv-02572-JAR |
| 127. | 2234 | JATM | 4:19-cv-02572-JAR |
| 128. | 2235 | JJTM | 4:19-cv-02572-JAR |
| 129. | 2236 | NSTG | 4:19-cv-02572-JAR |
| 130. | 2237 | LLRVM | 4:19-cv-02572-JAR |
| 131. | 2238 | JVM | 4:19-cv-02572-JAR |
| 132. | 2239 | LAZC | 4:19-cv-02572-JAR |
| 133. | 2240 | ABAC | 4:19-cv-02578-JAR |
| 134. | 2241 | AJAC | 4:19-cv-02578-JAR |
| 135. | 2242 | YOAA | 4:19-cv-02578-JAR |
| 136. | 2243 | JDAF | 4:19-cv-02578-JAR |
| 137. | 2244 | KJAL | 4:19-cv-02578-JAR |
| 138. | 2245 | BTNAR | 4:19-cv-02578-JAR |
| 139. | 2246 | DEAC | 4:19-cv-02578-JAR |
| 140. | 2247 | HDLAV | 4:19-cv-02578-JAR |
| 141. | 2248 | MKAAV | 4:19-cv-02578-JAR |
| 142. | 2249 | AGAQ | 4:19-cv-02578-JAR |
| 143. | 2250 | LIAQ | 4:19-cv-02578-JAR |
| 144. | 2251 | SAAQ | 4:19-cv-02578-JAR |
| 145. | 2252 | MSAS | 4:19-cv-02578-JAR |
| 146. | 2253 | XABD | 4:19-cv-02578-JAR |
| 147. | 2254 | ARBD | 4:19-cv-02578-JAR |
| 148. | 2255 | DJBR | 4:19-cv-02578-JAR |
| 149. | 2256 | JJBR | 4:19-cv-02578-JAR |
| 150. | 2257 | MABR | 4:19-cv-02578-JAR |
| 151. | 2258 | RJBR | 4:19-cv-02578-JAR |
| 152. | 2259 | JRCH | 4:19-cv-02578-JAR |
| 153. | 2260 | MNCL | 4:19-cv-02578-JAR |
| 154. | 2261 | YSCL | 4:19-cv-02578-JAR |
| 155. | 2262 | AGCL | 4:19-cv-02578-JAR |
| 156. | 2263 | JLCL | 4:19-cv-02578-JAR |
| 157. | 2264 | YMCC | 4:19-cv-02578-JAR |
| 158. | 2265 | DRCP | 4:19-cv-02578-JAR |
| 159. | 2266 | DBCP | 4:19-cv-02578-JAR |
| 160. | 2267 | FDCP | 4:19-cv-02578-JAR |
| 161. | 2268 | DRCG | 4:19-cv-02578-JAR |
| 162. | 2269 | ALCM | 4:19-cv-02578-JAR |
| 163. | 2270 | BACM | 4:19-cv-02578-JAR |
| 164. | 2271 | RBCB | 4:19-cv-02578-JAR |
| 165. | 2272 | AADLCJ | 4:19-cv-02578-JAR |

| | | | |
|---|---|---|---|
| 166. | 2273 | BAFC | 4:19-cv-02578-JAR |
| 167. | 2274 | RGGS | 4:19-cv-02578-JAR |
| 168. | 2275 | MNGP | 4:19-cv-02578-JAR |
| 169. | 2276 | JAHG | 4:19-cv-02578-JAR |
| 170. | 2277 | JLHG | 4:19-cv-02578-JAR |
| 171. | 2279 | CFHN | 4:19-cv-02578-JAR |
| 172. | 2280 | ACHC | 4:19-cv-02578-JAR |
| 173. | 2281 | BNHC | 4:19-cv-02578-JAR |
| 174. | 2282 | ANHS | 4:19-cv-02578-JAR |
| 175. | 2283 | CNHO | 4:19-cv-02578-JAR |
| 176. | 2284 | JSHO | 4:19-cv-02578-JAR |
| 177. | 2285 | LCHO | 4:19-cv-02578-JAR |
| 178. | 2286 | DTIC | 4:19-cv-02578-JAR |
| 179. | 2287 | IKIC | 4:19-cv-02578-JAR |
| 180. | 2288 | ALLA | 4:19-cv-02578-JAR |
| 181. | 2289 | EVLA | 4:19-cv-02578-JAR |
| 182. | 2290 | TKLA | 4:19-cv-02578-JAR |
| 183. | 2291 | AMMF | 4:19-cv-02578-JAR |
| 184. | 2292 | MIMF | 4:19-cv-02578-JAR |
| 185. | 2293 | AEMR | 4:19-cv-02578-JAR |
| 186. | 2294 | SGMR | 4:19-cv-02578-JAR |
| 187. | 2295 | DNMC | 4:19-cv-02578-JAR |
| 188. | 2296 | JSOR | 4:19-cv-02578-JAR |
| 189. | 2297 | SJOR | 4:19-cv-02578-JAR |
| 190. | 2298 | VDPE | 4:19-cv-02578-JAR |
| 191. | 2299 | DPR | 4:19-cv-02578-JAR |
| 192. | 2300 | DGRC | 4:19-cv-02578-JAR |
| 193. | 2301 | NSRH | 4:19-cv-02578-JAR |
| 194. | 2302 | XARH | 4:19-cv-02578-JAR |
| 195. | 2303 | GIRV | 4:19-cv-02578-JAR |
| 196. | 2304 | AASM | 4:19-cv-02578-JAR |
| 197. | 2305 | TFSM | 4:19-cv-02578-JAR |
| 198. | 2306 | YAUI | 4:19-cv-02578-JAR |
| 199. | 2307 | AJVS | 4:19-cv-02578-JAR |
| 200. | 2308 | LCZR | 4:19-cv-02578-JAR |
| 201. | 2309 | NYZR | 4:19-cv-02578-JAR |
| 202. | 2310 | SEAC | 4:19-cv-02580-AGF |
| 203. | 2311 | MJAL | 4:19-cv-02580-AGF |
| 204. | 2312 | FYAC | 4:19-cv-02580-AGF |
| 205. | 2313 | JJAN | 4:19-cv-02580-AGF |
| 206. | 2314 | REAS | 4:19-cv-02580-AGF |
| 207. | 2315 | EBZR | 4:19-cv-02580-AGF |

| | | | |
|---|---|---|---|
| 208. | 2316 | AICI | 4:19-cv-02580-AGF |
| 209. | 2317 | MACF | 4:19-cv-02580-AGF |
| 210. | 2318 | JACH2 | 4:19-cv-02580-AGF |
| 211. | 2319 | JACH | 4:19-cv-02580-AGF |
| 212. | 2320 | ODCA | 4:19-cv-02580-AGF |
| 213. | 2321 | LNCB | 4:19-cv-02580-AGF |
| 214. | 2322 | CKDR | 4:19-cv-02580-AGF |
| 215. | 2324 | JSDA | 4:19-cv-02580-AGF |
| 216. | 2325 | JDEM | 4:19-cv-02580-AGF |
| 217. | 2326 | YAES | 4:19-cv-02580-AGF |
| 218. | 2327 | TCGA | 4:19-cv-02580-AGF |
| 219. | 2328 | MKHE | 4:19-cv-02580-AGF |
| 220. | 2329 | DIHA | 4:19-cv-02580-AGF |
| 221. | 2330 | LJHH | 4:19-cv-02580-AGF |
| 222. | 2331 | MAHH | 4:19-cv-02580-AGF |
| 223. | 2332 | JPHR | 4:19-cv-02580-AGF |
| 224. | 2333 | NCHR | 4:19-cv-02580-AGF |
| 225. | 2334 | SSHR | 4:19-cv-02580-AGF |
| 226. | 2335 | VYHR | 4:19-cv-02580-AGF |
| 227. | 2336 | BJHC | 4:19-cv-02580-AGF |
| 228. | 2337 | KCLM | 4:19-cv-02580-AGF |
| 229. | 2338 | KKLM | 4:19-cv-02580-AGF |
| 230. | 2339 | EAME | 4:19-cv-02580-AGF |
| 231. | 2340 | LGME | 4:19-cv-02580-AGF |
| 232. | 2341 | VLME | 4:19-cv-02580-AGF |
| 233. | 2342 | FMNC | 4:19-cv-02580-AGF |
| 234. | 2343 | ZMOB | 4:19-cv-02580-AGF |
| 235. | 2344 | FPPZ | 4:19-cv-02580-AGF |
| 236. | 2345 | ALPR | 4:19-cv-02580-AGF |
| 237. | 2346 | VJPR | 4:19-cv-02580-AGF |
| 238. | 2347 | LDRB | 4:19-cv-02580-AGF |
| 239. | 2348 | MFSM | 4:19-cv-02580-AGF |
| 240. | 2349 | AFAQ | 4:19-cv-02941-JAR |
| 241. | 2350 | AILC | 4:19-cv-02941-JAR |
| 242. | 2351 | BJLC | 4:19-cv-02941-JAR |
| 243. | 2352 | DMLC | 4:19-cv-02941-JAR |
| 244. | 2353 | IRMR | 4:19-cv-02941-JAR |
| 245. | 2354 | JJMR | 4:19-cv-02941-JAR |
| 246. | 2355 | YVMR | 4:19-cv-02941-JAR |
| 247. | 2356 | GMRA | 4:19-cv-02941-JAR |

B. **Outstanding Next Friend Petitions**

Plaintiffs shall produce Next Friend Petitions for the following 8 Plaintiffs by **March 13, 2023**:

|    | PLFID | Initials | Federal Case No.    |
|----|-------|----------|---------------------|
| 1. | 2249  | AGAQ     | 4:19-cv-02578-JAR   |
| 2. | 2250  | LIAQ     | 4:19-cv-02578-JAR   |
| 3. | 2251  | SAAQ     | 4:19-cv-02578-JAR   |
| 4. | 2252  | MSAS     | 4:19-cv-02578-JAR   |
| 5. | 2253  | XABD     | 4:19-cv-02578-JAR   |
| 6. | 2254  | ARBD     | 4:19-cv-02578-JAR   |
| 7. | 2255  | DJBR     | 4:19-cv-02578-JAR   |
| 8. | 2256  | JJBR     | 4:19-cv-02578-JAR   |

C. **Collection of Records for ITP Plaintiffs**

On April 8, 2022, this Court outlined the parameters of a verification process for the ITP Plaintiffs, which included that all adult ITP Plaintiffs or their parents/guardians were "required to sign new authorizations that have been previously approved by this Court for the release of medical, school, and employment records, authorizing Defendants, should they choose to do so, to request and obtain any records or documentation of the ITP pool." (Verification Process Order, ECF No. 622 at 2). Pursuant to the parties' subsequent Joint Stipulation Regarding Production of Record Authorizations From Verification Process ("Stipulation") (ECF No. 690), Plaintiffs have agreed to produce these forms "for all verified Plaintiffs from previously identified medical and educational providers, as well as any employers (including those who provided Certifications of No Records)" to Defendants "for their use, as needed."

There are now 89 Plaintiffs remaining in the ITP.

Plaintiffs' Position: Plaintiffs agree to produce the authorizations to Defendants by March 10, 2023. However, Plaintiffs do not believe the results of the verification process warrant a 7-month re-collection for the entire ITP. Defendants have failed to establish why any records

8

previously collected for the ITP are not credible. Until such time, there is no justification for delaying the entire ITP process unless Defendants can show a reasonable basis or justifiable concerns that a specific plaintiff, record, or facility is unreliable. Defendants have sufficient time to selectively collect any record(s) before the deadline to select their Discovery Cohort Plaintiffs.

Defendants' Position:  As both the Court's Verification Process Order and the parties' Stipulation state, Defendants are entitled to collect *any records or documentation of the ITP pool for their use, as needed*, following Plaintiffs' production of the required record authorization forms.  Yet, Plaintiffs' position assumes, without any support in the Court's Verification Process or elsewhere, that before Defendants can exercise this right—and without having the benefit of comparing these Plaintiffs' produced records against those Defendants recollect—Defendants must first make some sort of preliminary fraud showing for each ITP Plaintiff.  This imposes a burden on Defendants where none exists and defeats the purpose of this contemplated record collection taken at Defendants' own expense, which this Court afforded Defendants to root out any fraudulent records following their full review of these records.  Accordingly, assuming Plaintiffs produce all record authorization forms by **March 10, 2023**, Defendants shall have until **October 30, 2023** to collect the above-referenced ITP records.  If Plaintiffs fail to produce all record authorization forms for these 89 Plaintiffs by this date, the remaining deadlines herein, including Defendants' deadline to collect the above-referenced records shall be continued the same number of days as the delay in the timing of Plaintiffs' production.

### D.     Initial Discovery Cohort

Although Plaintiffs previously made their initial 14 Initial Discovery Cohort Selections, one selection has since been dismissed with prejudice based on her failure to participate in the Court-ordered verification process.

Plaintiffs' Position: Plaintiffs do not believe a replacement selection is necessary or

required by this Court's prior CMOs. Plaintiffs are prepared to move forward with their remaining 13 selections.

Defendants' Position: This Court has long required, in numerous CMOs to date, that 28 of the ITP Plaintiffs will be included in the initial discovery cohort, with Plaintiffs to choose 14 and Defendants to choose 14.  Therefore, Plaintiffs must notify the Court and opposing counsel of their replacement selection for the recently dismissed Plaintiff by **March 13, 2023**.  Defendants will serve written discovery on the replacement Plaintiff by **March 27, 2023**. That Plaintiff must answer interrogatories and produce documents by **April 17, 2023**.

Plaintiffs' Position: Defendants must notify the Court and opposing counsel of their selected Plaintiffs by **March 13, 2023**.  Defendants must serve written discovery on their selected Plaintiffs by **March 20, 2023**. Those Plaintiffs must answer interrogatories and produce documents by **April 20, 2024**.

Defendants' Position: Plaintiffs claim that "Defendants have sufficient time to selectively collect any record(s) before the deadline to select their Discovery Cohort Plaintiffs." *See supra* at 9.  Yet, Plaintiffs' proposed deadline for Defendants to select their Plaintiffs—March 13, 2023—is a mere *three days* after Plaintiffs' proposed deadline to produce their record authorization forms. *See supra* at 8.  This deadline, like many others proposed by Plaintiffs throughout, is largely unrealistic, ignoring the various practical complications that have often presented themselves in these cases.  Moreover, Plaintiffs' proposed deadlines entirely ignore the course of dealings in these cases in which Plaintiffs have frequently requested extensions of deadlines.

Following their record recollection and review, Defendants will notify the Court and opposing counsel of their selected Plaintiffs by **December 11, 2023**. Defendants must serve written discovery on their selected Plaintiffs by **December 18, 2023**. Those Plaintiffs must answer

interrogatories and produce documents by **January 19, 2024**.

Plaintiffs' Position: Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Plaintiffs by **March 13, 2023**. Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Defendants by **July 13, 2023**. Depositions of Initial Discovery Cohort Plaintiffs, family members, and caregivers will begin **September 18, 2023**. The process regarding depositions of Non-Discovery Cohort Plaintiffs will be established by the Court at a later date. Fact discovery for the Initial Discovery Cohort Plaintiffs ends **December 31, 2023.**

Defendants' Position: Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Plaintiffs by **December 11, 2023**. Plaintiffs will produce neuropsychology and pediatric expert findings for the 14 Initial Discovery Cohort Plaintiffs selected by Defendants by **February 1, 2024**. Depositions of Initial Discovery Cohort Plaintiffs, family members, and caregivers will begin **February 22, 2024**. The process regarding depositions of Non-Discovery Cohort Plaintiffs will be established by the Court at a later date. Fact discovery for the Initial Discovery Cohort Plaintiffs ends **June 28, 2024.**

### E.  Selection of the Initial Expert Discovery Cohort

The parties agree that two weeks after the completion of fact discovery, the parties will narrow the pool of Initial Discovery Cohort Plaintiffs down to 16 for expert discovery (the "Initial Expert Discovery Cohort"). Plaintiffs shall choose eight and Defendants shall choose eight.

Plaintiffs' Position: Plaintiffs must notify the Court and opposing counsel of their selections by no later than **January 31, 2024**, two weeks upon conclusion of discovery with respect to the Initial Discovery Cohort. Defendants must notify the Court and opposing counsel of their selections by no later than **February 29, 2024**.

Defendants' Position: Plaintiffs must notify the Court and opposing counsel of their

11

selections by no later than **July 12, 2024**, two weeks upon conclusion of discovery with respect to the Initial Discovery Cohort. Defendants must notify the Court and opposing counsel of their selections by no later than **July 19, 2024**.

## II. OTHER PRE-TRIAL DEADLINES

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| **Referral to Alternative Dispute Resolution** | 30 days after ruling on dispositive and <u>Daubert</u> motions. | 30 days after ruling on dispositive and <u>Daubert</u> motions. |
| **Completion of ADR** | 90 days after ADR referral deadline. | 90 days after ADR referral deadline. |
| **Plaintiffs' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2)** | July 22, 2024 | March 1, 2024 |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | August 1, 2024 | March 11, 2024 |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | August 1, 2024 | March 11, 2024 |

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| **Plaintiffs shall make their expert witnesses available for deposition** | **August 5, 2024** | **March 15, 2024** |
| **Depositions of Plaintiffs' expert witnesses will be completed.** | **October 7, 2024** | **May 15, 2024** |
| **Defendants shall notify Plaintiffs of the identity of the Rule 35 examiners and the scope of the examinations.** | **October 14, 2024** | **May 22, 2024** |
| **Any objections to the scope of the examinations shall be made to the Defendants.** | **October 28, 2024** | **June 5, 2024** |
| **If the parties are unable to reach an agreement as to the scope of the Rule 35 examinations, they shall notify the Court in writing, and report the nature of the dispute.** | **October 31, 2024** | **June 10, 2024** |
| **Plaintiffs shall make Expert Discovery Cohort Plaintiffs available for IMEs** | **November 11, 2024** | **June 24, 2024** |
| **IMEs of Expert Discovery Cohort Plaintiffs will be completed** | **February 17, 2025** | **August 26, 2024** |
| **Defendants' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2)** | **April 17, 2025** | **October 25, 2024** |

13

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **April 24, 2025** | **November 1, 2024** |
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference.** | **April 24, 2025** | **November 1, 2024** |
| **Defendants shall make their expert witnesses available for depositions** | **May 5, 2025** | **November 15, 2024** |
| **Depositions of Defendants' expert witnesses will be completed.** | **July 21, 2025** | **December 31, 2024** |
| **Plaintiffs' deadline to designate all rebuttal expert witnesses and provide their reports** | **July 28, 2025** | **January 10, 2025** |
| **The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted.** | **August 11, 2025** | **January 17, 2025** |

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| **If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and any exclusionary dates, so the Court may set a final schedule at the conference.** | **August 11, 2025** | **January 17, 2025** |
| **Plaintiffs shall make any rebuttal expert witnesses available for depositions.** | **August 18, 2025** | **January 24, 2025** |
| **Deadline to complete depositions of Plaintiffs' rebuttal experts** | **September 22, 2025** | **February 24, 2025** |
| **Close of expert discovery** | **September 22, 2025** | **February 24, 2025** |
| **Deadline to file dispositive motions** | **November 10, 2025** | **March 24, 2025** |
| **Deadline to file Motions to Limit or Exclude Expert Testimony** | **December 10, 2025** | **April 21, 2025** |
| **Deadline to file responses to any dispositive motions** | **December 19, 2025** | **April 28, 2025** |
| **Deadline to file responses to Motions to Limit or Exclude Expert Testimony** | **January 19, 2026** | **May 12, 2025** |
| **Deadline to file replies in support of any dispositive motions** | **January 16, 2026** | **May 19, 2025** |

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| **Deadline to file replies in further support of Motions to Limit or Exclude Expert Testimony** | **February 16, 2026** | **June 16, 2025** |

### III. TRIAL DEADLINES

Pre-trial and trial-related deadlines will be set by further order of the Court after the completion of briefing on dispositive and other pre-trial motions.

### IV. STATUS CONFERENCES

The Court shall hold regular status conferences on dates to be established by the parties in consultation with the Court. Unless otherwise ordered above, one week before each conference, counsel shall file a joint status report informing the Court of any matters that should be discussed at the conference.

<br>

                                                                   RODNEY W. SIPPEL
                                                                   UNITED STATES DISTRICT JUDGE

Dated this \_\_\_ of _____, 2023

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #507523NY
360 Lexington Avenue
11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**THE GORI LAW FIRM**

By: /s/ D. Todd Matthews
D. Todd Matthews, MO Bar 52502
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorijulianlaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

Attorneys for Plaintiffs

**KING & SPALDING LLP**

By: /s/ Geoffrey M. Drake
Andrew T. Bayman, #043342GA
Carmen R. Toledo, #714095GA
Geoffrey M. Drake, #229229GA
Rania Kajan, #924227GA
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
(404) 572-3438
abayman@kslaw.com
ctoledo@kslaw.com
gdrake@kslaw.com
rkajan@kslaw.com

Tracie J. Renfroe, #16777000T
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 751-3209
trenfroe@kslaw.com

Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Ira L. Rennert, The Doe Run Resources Corporation, Renco Holdings, Inc., Theodore P. Fox, III, Marvin K. Kaiser, Jeffrey L. Zelms, and Jerry Pyatt

**LEWIS RICE LLC**

Thomas P. Berra, Jr. (#43399MO)
Michael J. Hickey (#47136MO)
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
(314) 444-7600
tberra@lewisrice.com
mhickey@lewisrice.com

Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser,

Jeffrey L. Zelms, Theodore P. Fox, III, and Jerry Pyatt

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. (#28785MO)
edowd@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300

Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Renco Holdings, Inc., and Ira L. Rennert