UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., *et al.*, | ) |
| | ) Case No. 4:15-cv-01704-RWS |
| Plaintiffs, | ) (CONSOLIDATED) |
| | ) |
| v. | ) |
| | ) |
| THE DOE RUN RESOURCES | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS FOR FAILURE TO PROSECUTE BY PRODUCING PROFILE SHEETS

COME NOW, Defendants by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(b), and hereby move to dismiss with prejudice the 47 Plaintiffs who have failed to follow Court orders and prosecute their cases by producing Plaintiff Profile Sheets. In support of this Motion, Defendants file herewith a Memorandum of Law.

Respectfully submitted this 1st day of June, 2023.

**LEWIS RICE LLC**

/s/ *Thomas P. Berra, Jr.*
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffery L. Zelms, Theodore P. Fox, III, and Jerry Pyatt*

**KING & SPALDING LLP**

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Carmen R. Toledo, #714096GA
ctoledo@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000TX
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Jeffrey L. Zelms*, and Jerry Pyatt

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. #28785MO
edowd@dowdbennett.com
Jeffrey R. Hoops, #69813MO
jhoops@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc., DR Acquisition Corp., Ira L. Rennert, and Renco Holdings, Inc.*