UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:15 CV 1704 RWS ) |
| DOE RUN RESOURCES, CORP., et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

On June 1, 2023, Defendants filed a motion to dismiss with prejudice the claims of 47 plaintiffs who have failed to produce signed and notarized profile sheets as required by multiple orders of this Court.  On January 26, 2023, I granted Defendants' similar motion to dismiss hundreds of plaintiffs' claims for their failure to produce the required profile sheets.  That order reviewed the multiple opportunities and extensions of time that Plaintiffs received over the past seven years to comply with the profile sheet requirement.  Plaintiffs oppose Defendants' current motion as they opposed Defendants' previous motion.  I will grant Defendants' motion for the same reasons I granted the dismissal of hundreds of plaintiffs' claims in January.  I note that of the 47 plaintiffs' cases listed below, Plaintiffs have voluntarily agreed to dismiss 19 of the cases with prejudice.  In addition, Plaintiffs represent in their opposition brief that they will produce the

profile sheets for plaintiffs SKPFL and LGME within a few days of the filing of the brief.  As a result, I will not dismiss the claims of these two plaintiffs at this time.  The following 45 plaintiffs' cases shall be dismissed (excluding SKPFL and LGME):

| NO. | PLF ID | INITIALS | FEDERAL CASE NO. |
|---|---|---|---|
| 1. | 2050 | SMM | 4:20-cv-00964-RWS |
| 2. | 2060 | XMYBDLC | 4:20-cv-00964-RWS |
| 3. | 2061 | EMBV | 4:20-cv-00964-RWS |
| 4. | 2062 | OOBV | 4:20-cv-00964-RWS |
| 5. | 2063 | ViBV | 4:20-cv-00964-RWS |
| 6. | 2064 | SLBZ | 4:20-cv-00964-RWS |
| 7. | 2066 | AJCQ | 4:20-cv-00964-RWS |
| 8. | 2068 | MICQ | 4:20-cv-00964-RWS |
| 9. | 2081 | ADLCA | 4:20-cv-00964-RWS |
| 10. | 2082 | AJDLCA | 4:20-cv-00964-RWS |
| 11. | 2083 | CMDR | 4:20-cv-00964-RWS |
| 12. | 2086 | SKPFL | 4:20-cv-00964-RWS |
| 13. | 2094 | RHV | 4:20-cv-00964-RWS |
| 14. | 2099 | BMLM | 4:20-cv-00964-RWS |
| 15. | 2101 | BALP | 4:20-cv-00964-RWS |
| 16. | 2102 | LKLP | 4:20-cv-00964-RWS |
| 17. | 2104 | JVMB | 4:20-cv-00964-RWS |
| 18. | 2107 | SKMM | 4:20-cv-00964-RWS |
| 19. | 2189 | YACA | 4:19-cv-02572-JAR |
| 20. | 2194 | AGEB | 4:19-cv-02572-JAR |
| 21. | 2209 | GPMR | 4:19-cv-02572-JAR |
| 22. | 2216 | JJOF | 4:19-cv-02572-JAR |
| 23. | 2223 | SJRA | 4:19-cv-02572-JAR |
| 24. | 2228 | RJRF | 4:19-cv-02572-JAR |
| 25. | 2232 | MSSM | 4:19-cv-02572-JAR |
| 26. | 2245 | BTNAR | 4:19-cv-02578-JAR |
| 27. | 2271 | RBCB | 4:19-cv-02578-JAR |
| 28. | 2272 | AADLCJ | 4:19-cv-02578-JAR |
| 29. | 2279 | CFHN | 4:19-cv-02578-JAR |
| 30. | 2286 | DTIC | 4:19-cv-02578-JAR |
| 31. | 2287 | IKIC | 4:19-cv-02578-JAR |

|     |      |       |                     |
| --- | ---- | ----- | ------------------- |
| 32. | 2296 | JSOR  | 4:19-cv-02578-JAR   |
| 33. | 2297 | SJOR  | 4:19-cv-02578-JAR   |
| 34. | 2298 | VDPE  | 4:19-cv-02578-JAR   |
| 35. | 2299 | DPR   | 4:19-cv-02578-JAR   |
| 36. | 2300 | DGRC  | 4:19-cv-02578-JAR   |
| 37. | 2304 | AASM  | 4:19-cv-02578-JAR   |
| 38. | 2305 | TFSM  | 4:19-cv-02578-JAR   |
| 39. | 2306 | YAUI  | 4:19-cv-02578-JAR   |
| 40. | 2315 | EBZR  | 4:19-cv-02580-AGF   |

|     |      |       |                     |
| --- | ---- | ----- | ------------------- |
| 41. | 2316 | AICI  | 4:19-cv-02580-AGF   |
| 42. | 2321 | LNCB  | 4:19-cv-02580-AGF   |
| 43. | 2326 | YAES  | 4:19-cv-02580-AGF   |
| 44. | 2340 | LGME  | 4:19-cv-02580-AGF   |
| 45. | 2342 | FMNC  | 4:19-cv-02580-AGF   |
| 46. | 2344 | FPPZ  | 4:19-cv-02580-AGF   |
| 47. | 2348 | MFSM  | 4:19-cv-02580-AGF   |

Below is Plaintiffs' list of the 19 plaintiffs from Defendants' list that are voluntarily being dismissed with prejudice:

| No. | Initials | PLFID |
| --- | -------- | ----- |
| 1   | BTNAR    | 2245  |
| 2   | AICI     | 2316  |
| 3   | AJCQ     | 2066  |
| 4   | MICQ     | 2068  |
| 5   | LNCB     | 2321  |
| 6   | RBCB     | 2271  |
| 7   | AADLCJ   | 2272  |
| 8   | CMDR     | 2083  |
| 9   | AGEB     | 2194  |
| 10  | CFHN     | 2279  |
| 11  | RHV      | 2094  |
| 12  | DTIC     | 2286  |
| 13  | IKIC     | 2287  |
| 14  | SKMM     | 2107  |
| 15  | FPPZ     | 2344  |
| 16  | VDPE     | 2298  |
| 17  | DGRC     | 2300  |
| 18  | RJRF     | 2228  |
| 19  | EBZR     | 2315  |

Accordingly,

**IT IS HEREBY ORDERED that** Defendants' motion to dismiss 45 plaintiffs' claims listed above for failing to produce signed and notarized profile sheets [742] is **GRANTED**.  The claims of these plaintiffs are **DISMISSED WITH PREJUDICE**.

*/s/ Rodney W. Sippel*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2023.

4