IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, | Case No. 4:11-cv-44-CDP (CONSOLIDATED) |
| Plaintiffs, | |
| v. | |
| DOE RUN RESOURCES CORPORATION, *et al.*, | |
| Defendants. | |
| AND | |
| J.Y.C.C., *et al.*, | Case No 15-cv-01704-RWS (CONSOLIDATED) |
| Plaintiffs, | |
| v. | |
| THE DOE RUN RESOURCES CORPORATION, *et al.*, | |
| Defendants. | |
| _____/ | |

## **DEFENDANTS' MOTION FOR SANCTIONS AND REMEDIAL MEASURES**

Defendants The Doe Run Resources Corporation and The Renco Group Inc. respectfully request sanctions against plaintiffs and remedial measures, pursuant to the Court's inherent

authority, for serious abuses of the judicial process. In support of this Motion, Doe Run and Renco concurrently submit a Memorandum of Law.

Dated: August 4, 2023

Respectfully submitted,

By: /s/ Andres Rivero
ANDRES RIVERO
Florida Bar.: 613819
(Admitted pro hac vice)

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: receptionist@riveromestre.com

*Attorneys for Doe Run Resources Corp. and The Renco Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF and by email.

By: /s/ Andres Rivero
ANDRES RIVERO