# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:15-CV-1704-RWS |
| Doe Run Resources Corporation, et al., | ) (consolidated) |
| Defendants. | ) |

## PLAINTIFFS' SECOND MOTION SANCTIONS

Plaintiffs, through undersigned counsel and pursuant to Local Rule 4.01(A), and hereby submit this Second Motion for Sanctions as a follow-up to Plaintiffs' Motion for Sanctions ("First Motion") (ECF 834-835). In support of this Motion, Plaintiffs file herewith a Memorandum of Law.

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Hunter Shkolnik*
Hunter Shkolnik, #2031458NY
1302 Avenida Ponce de Leon,
Santurce, Puerto
 Rico 00907
(787) 493-5088
Hunter@nsprlaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: */s/ Paulino A. Nuñez*
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: August 20, 2024

*/s/ Paulino A. Nuñez*