UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In accordance with the discussions held at the August 27, 2024 hearing in this matter:

**IT IS HEREBY ORDERED that** Plaintiffs shall file an amended motion for sanctions regarding Defendant's disclosure of 600 Plaintiffs' names provided to the Peruvian prosecutor no later than **September 16, 2024**. The motion must specify the number of Plaintiffs on this list who are active minor Plaintiffs, active adult Plaintiffs, and any Plaintiffs who have been dismissed from this case. Plaintiffs shall file a sealed exhibit with their motion listing the names of minor Plaintiffs included in the disclosure. Plaintiffs may also separately address any issues with the 85 pages of names provided to the prosecutor. Plaintiffs shall control for any duplicative names between the two lists. Defendants shall file a

response brief no later than **October 4, 2024** and Plaintiffs may file a reply brief no later than **October 11, 2024**.

**IT IS FURTHER ORDERED that** the parties will meet and confer in an attempt to resolve Plaintiffs' motion concerning Defendants' alleged violation of the protective order. Plaintiffs shall inform the Court if they intend to pursue the motion no later than **September 30, 2024**.

**IT IS FURTHER ORDERED that** Defendants' motion to compel [851] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2024.