**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| J.Y.C.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1704-RWS |
| | ) | (consolidated) |
| Doe Run Resources Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME</u>

COME NOW COUNSEL for Plaintiffs, and hereby submit this Unopposed Motion for an extension of time to submit a Reply in Further Support of Plaintiffs' Second Motion for Sanctions (Dkt. 865) (hereinafter the "Motion"). Plaintiffs state:

1.      On September 18, 2024, Defendants filed an Opposition to the Motion (Dkt. No. 881).

2.      Because of the significant issues raised in the Motion, Plaintiffs' counsel is requesting additional time to prepare a reply in further support of the Motion, which otherwise would be due on September 30, 2024 pursuant to Local Rule 7-4.01(a).

3.      Plaintiffs have conferred with Defendants, and Defendants do not oppose an extension of time for Plaintiffs to submit a reply.

4.      The extension Plaintiffs seek will not delay proceedings in this matter.

5.      This request for additional time is not made for purposes of delay but is instead submitted so that Plaintiffs can properly and succinctly address the arguments raised in the Motion.

WHEREFORE, Plaintiffs respectfully request an extension of time to file a reply in support of the Motion, up to and including October 9, 2024, subject to approval by the Court.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #507523NY
360 Lexington Avenue
11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**RODRIGUEZ  TRAMONT  +  NUÑEZ, P.A.**

By:  /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 26, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: September 26, 2024

/s/  Patrick J. Lanciotti