**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| Father Chris Collins, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) No. 15-cv-1704 |
| Doe Run Resources Corporation, et al., | ) (consolidated) |
| Defendants. | ) |

**REPORT TO COURT ORDER TO
IDENTIFY WHO HAVE REACHED AGE 18**

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have reached the age of majority since September 1, 2024:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Asto Aliaga | Angeli Milagros | AMAA | 4:17-cv-00787-RWS |
| Onofre Rodriguez | Anyely Aracely | AAOR | 4:19-cv-02843-RWS |
| Gonzales Castañeda | Aracely Karina | AKGC | 4:16-cv-00634-RWS |
| Fernandez Zacarias | Jhoseps | JFZ | 4:17-cv-01687-RWS |
| Zacarias Machuca | Yojan Sabino | YSZM | 4:19-cv-00627-RWS |

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: October 1, 2024

                                                             /s/ Patrick J. Lanciotti