UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs' motion for sanctions for violating the protective order [834] is **DENIED** without prejudice as moot.[1]

**IT IS FURTHER ORDERED that** a hearing of Plaintiffs' amended motion for sanctions [822] and of Defendants' motion to produce sealed and confidential information in this case to defendants in Doe Run Resources Corp. v. Thaler, et al., No. 2022-007907 CA 15 (Fla. 11th Judicial Cir.) [894] is set on **January 28, 2025 at 2:00 p.m.** in Courtroom 14 South.  All parties wishing to be heard must appear in person.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2024.

---

[1] On September 30, 2024, Plaintiffs filed a notice that they were not pursuing this motion at this time.