UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

J.Y.C.C., et al.,

    Plaintiffs,

v.

DOE RUN RESOURCES, CORP.,
et al.,

    Defendants.
_____/

Case No. 4:15 CV 1704 RWS

# DEFENDANTS' NOTICE OF COMPLIANCE WITH
## ORDER TO FILE COPY OF MEMORANDUM AND ORDER [ECF No. 970]

In compliance with the Order entered on October 29, 2025 (ECF No. 970), The Renco Group Inc. and The Doe Run Resources Corporation, give notice that they have filed a copy of that Order in *In Re Matter of The Ex Parte Application of The Renco Group Inc. and The Doe Run Resources Corporation for an Order To Take Discovery Pursuant To 28 U.S.C. § 1782* Case No. 22-cv-21115-JAL, (S.D. Fla.), and in *The Doe Run Resources Corp. et al. v. Thaler, et al.*, Case No. 2022-007907 CA-01 (Fla. 11th Cir.). The Notices of Filing are attached as **Composite Exhibit 1**.

Date: October 31, 2025

Respectfully submitted,

By: */s/ Andrés Rivero.*
Andrés Rivero
Florida Bar No. 613819

**RIVERO MESTRE LLP**
*Counsel for The Renco Group and*
*The Doe Run Resources Corporation*
2525 Ponce de León Blvd.,

Suite 1000,
Miami, Florida 33134
Telephone: (305)445-2500
Facsimile: (305)445-2505
E-mail: arivero@riveromestre.com

By: */s/ Jon A. Bierman*
Jon A. Bierman
Missouri Bar No. 49214

**POLSINELLI PC**
*Counsel for The Renco Group and*
*The Doe Run Resources Corporation*
7676 Forsyth Blvd.,
Suite 800,
St. Louis, Missouri 63105
Telephone: (314)889-8000
Facsimile: (314) 231-1776
Email: jbierman@polsinelli.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2025, I electronically filed this notice with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Andrés Rivero*
Andrés Rivero