# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Father Chris Collins, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 15-cv-1704 |
| Doe Run Resources Corporation, et al., | ) (consolidated) ) |
| Defendants. | ) ) |

## REPORT TO COURT ORDER TO
## IDENTIFY WHO HAVE REACHED AGE 18

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have reached the age of majority since October 1, 2025:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Bustamante Ramirez | Aron Stefano | ASBR | 4:17-cv-00068-RWS |
| Cotera Cangahuala | Ahner Patrick | APCC | 4:16-cv-02113-RWS |
| Espinoza Bazan | Percy Pedro | PPEB | 4:17-cv-00049-RWS |
| Garrido Lopez | Jose Manuel | JMGL | 4:17-cv-00384-RWS |
| Osorio Lopez | Zuzan Mariana | ZMOL | 4:17-cv-00797-RWS |
| Puris Mellado | Lizeth Sally | LSPM | 4:17-cv-00797-RWS |
| Santana Castillo | Teddy Jeampiero | TJSC | 4:19-cv-01483-RWS |

Dated: November 3, 2025                                   Respectfully submitted,

**NAPOLI SHKOLNIK**                                       **RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Patrick J. Lanciotti                              By: /s/ Frank R. Rodriguez
Patrick J. Lanciotti, #5407523NY                          Frank R. Rodriguez, #348988FL
360 Lexington Avenue, Eleventh Floor                      255 Alhambra Cir., Suite 1150
New York, NY, 10017                                       Coral Gables, FL 33134
(212) 397-1000                                            (305) 350-2300
planciotti@napolilaw.com                                  frr@rtgn-law.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 3, 2025 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: November 3, 2025

                                                                             /s/ Patrick J. Lanciotti