# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| Father Chris Collins, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 15-cv-1704 |
| | ) | (consolidated) |
| Doe Run Resources Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT TO COURT ORDER TO
## IDENTIFY WHO HAVE REACHED AGE 18

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's

Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have

reached the age of majority since November 1, 2025:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Campos Apolinario | Thalia | TCA | 4:23-cv-01634-RWS |
| Inchi Salazar | Aaron Elias | AEIS | 4:17-cv-00600-RWS |
| Jurado Ventocilla | Brusmil Kiomy | BKJV | 4:19-cv-01363-RWS |

Dated: December 1, 2025                              Respectfully submitted,

**NAPOLI SHKOLNIK**                          **RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Patrick J. Lanciotti                  By: /s/ Frank R. Rodriguez
Patrick J. Lanciotti, #5407523NY              Frank R. Rodriguez, #348988FL
360 Lexington Avenue, Eleventh Floor          255 Alhambra Cir., Suite 1150
New York, NY, 10017                           Coral Gables, FL 33134
(212) 397-1000                                (305) 350-2300
planciotti@napolilaw.com                      frr@rtgn-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 1, 2025 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: December 1, 2025

_____/s/ Patrick J. Lanciotti_____