**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15-CV-1704-RWS |
| | ) (consolidated) |
| Doe Run Resources Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF DEADLINE UNDER
CASE MANAGEMENT ORDER NO. 27**

COME NOW, Plaintiffs and Defendants, by and through their undersigned counsel, and hereby move the Court for an extension of the December 22, 2025 deadline to meet and confer and set a schedule by which expert depositions shall be conducted.  In support of this motion, the parties state the following:

1.      On October 10, 2025, the Court entered Case Management Order No. 27 ("CMO 27") (ECF No. 969).

2.      CMO 27 ordered that the parties meet and confer by December 22, 2025, to set a schedule by which expert depositions shall be conducted.

3.      CMO 27 further ordered that if the parties are unable to reach an agreement, they shall notify the Court in writing and report the nature of the dispute.

4.      Plaintiffs and Defendants hereby notify the Court that the parties are actively meeting and conferring regarding the expert discovery schedule in compliance with CMO 27. However, notwithstanding the parties' efforts to date, the parties have not yet finalized the schedule for expert depositions.

5.      The parties respectfully request an extension of fourteen (14) days, up to and including January 5, 2026, of the current deadline to set a schedule by which expert depositions shall be conducted, which additional time will allow the parties to continue to meet and confer in good faith to finalize the schedule.

6.      Should the parties be unable to reach an agreement, they will notify the Court and submit the nature of the dispute as directed by CMO 27 by January 5, 2026.

7.      This request for additional time is not made for purposes of delay.

WHEREFORE, the parties respectfully request an extension of fourteen (14) days, up to and including January 5, 2026, to meet and confer and set a schedule by which expert depositions shall be conducted.

Respectfully submitted, this 22nd day of December, 2025.


                                                Respectfully submitted,


**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**          **LEWIS RICE LLC**

By: /s/ Frank R. Rodriguez                   /s/ *Thomas P. Berra, Jr.*
Frank R. Rodriguez, #348988FL                Thomas P. Berra, Jr., #43399MO
Paulino A. Nuñez, #814806FL                  tberra@lewisrice.com
255 Alhambra Cir., Suite 1150                Michael J. Hickey, #47136MO
Coral Gables, FL 33134                       mhickey@lewisrice.com
(305) 350-2300                               600 Washington Ave., Suite 2500
frr@rtgn-law.com                             St. Louis, MO 63102-2147
pan@rtgn-law.com                             Telephone: (314) 444-7600
                                             Facsimile: (314) 241-6056

*Attorneys for Plaintiffs*
                                             *Attorneys for Defendants The Doe Run*
                                             *Resources Corporation, Marvin K. Kaiser,*
                                             *Jeffery L. Zelms, Theodore P. Fox, III,*
                                             *and Jerry Pyatt*


2

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #507523NY
360 Lexington Avenue
11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Carmen R. Toledo, #714096GA
ctoledo@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000TX
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco
Group, Inc., D.R. Acquisition Corp., Doe
Run Cayman Holdings, LLC, Ira L.
Rennert, The Doe Run Resources
Corporation, Theodore P. Fox, III,
Marvin K. Kaiser, Jeffrey L. Zelms, and
Jerry Pyatt*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. #28785MO
edowd@dowdbennett.com
Jeffrey R. Hoops, #69813MO
jhoops@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco
Group, Inc., DR Acquisition Corp., Ira L.
Rennert, and Renco Holdings, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 22, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: December 22, 2025

_____ /s/  Patrick J. Lanciotti_____