**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15CV1704 RWS |
| | ) |
| Doe Run Resources Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**CASE MANAGEMENT ORDER NO. 28**

**IT IS HEREBY ORDERED that** the parties' joint motion to amend Case Management

Order No. 27 [984] is **GRANTED**. The following case management deadlines will apply in this

matter:

**I.      PRE-TRIAL DEADLINES**

| Event | Deadline |
|---|---|
| **Referral to Alternative Dispute Resolution** | **30 days after ruling on dispositive and Daubert motions.** |
| **Completion of ADR** | **90 days after ADR referral deadline.** |
| | |
| | |
| | |
| | |

| Event | Deadline |
|---|---|
| Depositions of Plaintiffs' expert witnesses will be completed. | May 6, 2026 |
| Defendants shall notify Plaintiffs of the identity of the Rule 35 examiners and the scope of the examinations. | April 14, 2026 |
| Any objections to the scope of the examinations shall be made to the Defendants. | April 21, 2026 |
| If the parties are unable to reach an agreement as to the scope of the Rule 35 examinations, they shall notify the Court in writing, and report the nature of the dispute. | April 21, 2026 |
| Plaintiffs shall make Expert Discovery Cohort Plaintiffs available for IMEs | May 4, 2026 |
| IMEs of Expert Discovery Cohort Plaintiffs will be completed | June 19, 2026 |
| Defendants' deadline to designate all merits experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) | September 9, 2026 |

| Event | Deadline |
|---|---|
| The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted. | September 16, 2026 |
| If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and the exclusionary dates, so the Court may set a final schedule at the conference. | September 16, 2026 |
| Defendants shall make their expert witnesses available for depositions | October 8, 2026 |
| Depositions of Defendants' expert witnesses will be completed. | December 3, 2026 |
| Plaintiffs' deadline to designate all rebuttal expert witnesses and provide their reports | December 16, 2026 |
| The parties shall meet and confer to set a schedule by which these expert depositions shall be conducted. | January 5, 2027 |

3

| Event | Deadline |
|---|---|
| If the parties are unable to reach an agreement, they shall notify the Court in writing, and report the nature of the dispute. The report must include the names of each expert and any exclusionary dates, so the Court may set a final schedule at the conference. | January 5, 2027 |
| Plaintiffs shall make any rebuttal expert witnesses available for depositions. | January 14, 2027 |
| Deadline to complete depositions of Plaintiffs' rebuttal experts | February 17, 2027 |
| Close of expert discovery | February 17, 2027 |
| Deadline to file dispositive motions | March 24, 2027 |
| Deadline to file Motions to Limit or Exclude Expert Testimony | April 21, 2027 |
| Deadline to file responses to any dispositive motions | May 5, 2027 |
| Deadline to file responses to Motions to Limit or Exclude Expert Testimony | June 2, 2027 |
| Deadline to file replies in support of any dispositive motions | June 2, 2027 |

| Event | Deadline |
|---|---|
| **Deadline to file replies in further support of Motions to Limit or Exclude Expert Testimony** | **July 1, 2027** |

## II.    TRIAL DEADLINES

Pre-trial and trial-related deadlines will be set by further order of the Court after the completion of briefing on dispositive and other pre-trial motions.

## IV.  STATUS CONFERENCES

The Court shall hold status conferences as needed on dates to be established by the parties in consultation with the Court. Unless otherwise ordered above, one week before each conference, counsel shall file a joint status report informing the Court of any matters that should be discussed at the conference.

_____

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd of April, 2026.