UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.Y.C.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CV 1704 RWS |
| | ) | |
| DOE RUN RESOURCES, CORP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED that** Plaintiffs' unopposed motion to file under seal Plaintiffs' motion for the entry of an order in aid of expediting certain Plaintiffs' and other witnesses' applications for visas [987] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' unopposed motion for the entry of an order in aid of expediting certain Plaintiffs' and other witnesses' applications for visas [988] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2026.