# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Father Chris Collins, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 15-cv-1704 |
| | ) (consolidated) |
| Doe Run Resources Corporation, et al., | ) |
| Defendants. | ) |

## REPORT TO COURT ORDER TO
## IDENTIFY WHO HAVE REACHED AGE 18

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's

Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have

reached the age of majority since April 1, 2026:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Caballero Rojas | Lizeth Edith | LECR | 4:17-cv-01933-RWS |
| Mayta Tocas | Deyvis David | DDMT | 4:20-cv-01384-RWS |
| Mondragon Guerrero | Nazaret Azumi | NAMG | 4:19-cv-00523-RWS |
| River Agui | Jhatzubely Brigitte | JBRA | 4:17-cv-00166-RWS |
| Rojas Vasquez | Nahomi Esther | NERV | 4:19-cv-00858-RWS |
| Zevallos Vicente | Moises Alex | MAZV | 4:17-cv-00797-RWS |

Dated: May 1, 2026                                Respectfully submitted,

**NAPOLI SHKOLNIK**                              **RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Patrick J. Lanciotti                      By: /s/ Frank R. Rodriguez
Patrick J. Lanciotti, #5407523NY                  Frank R. Rodriguez, #348988FL
360 Lexington Avenue, Eleventh Floor              255 Alhambra Cir., Suite 1150
New York, NY, 10017                               Coral Gables, FL 33134
(212) 397-1000                                    (305) 350-2300
planciotti@napolilaw.com                          frr@rtgn-law.com

                                                  *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 1, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: May 1, 2026


_____/s/ Patrick J. Lanciotti_____