**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15-CV-1704-RWS |
| | ) (consolidated) |
| Doe Run Resources Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>MOTION FOR STATUS CONFERENCE</u>**

COME NOW Plaintiffs, by and through the undersigned counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 16(a) for entry of an Order setting a status conference at the Court's earliest convenience. In support thereof, Plaintiffs state as follows:

1.    The related consolidated actions pending before Judge Perry have now resolved. On June 22, 2026, the parties in those actions filed a Joint Notice of Settlement advising that they had reached a settlement of all cases consolidated before that Court. *See A.O.A., et al., v. Ira L. Rennert, et al.,* Doc. No. 1802 (June 22, 2026).

2.    This development materially alters the posture of the remaining actions pending before this Court. As reflected in CMO Order No. 28 (Doc. No. 986), certain case deadlines were structured with the expectation that the *Reid* matters would continue to proceed in parallel.

3.    In light of the resolution of the *Reid* actions, Plaintiffs intend to request that the Court revisit the current case schedule and consider establishing a firm trial date.

4.    Plaintiffs further believe that the time is ripe to discuss the establishment of a bellwether trial. With the *Reid* actions resolved, a jury trial in this matter would provide meaningful

guidance regarding valuation and would facilitate efficient resolution of the remaining claims. Plaintiffs anticipate proposing that the Court set a bellwether trial at the earliest practicable date.

5.      Plaintiffs also respectfully request that the Court address the pending Motion for Sanctions (Dkt. No. 960), which has remained in abeyance. Given the present posture of the litigation, Plaintiffs believe it is appropriate to discuss how the Court wishes to proceed with that motion.

6.      A status conference would assist the parties and the Court in addressing the current schedule, the setting of a trial date, including a potential bellwether proceeding, and the status of the pending sanctions motion.

7.      Rule 16(a) expressly authorizes the Court to direct the parties to appear for a conference to facilitate the management and disposition of litigation. A status conference is therefore warranted to address these developments and to promote the just, speedy, and efficient resolution of this action.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an Order setting a status conference at the Court's earliest convenience, and for such other and further relief the Court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: June 29, 2026

/s/ Patrick J. Lanciotti