**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| Father Chris Collins, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 15-cv-1704 |
| | ) | (consolidated) |
| Doe Run Resources Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT TO COURT ORDER TO
IDENTIFY WHO HAVE REACHED AGE 18**

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's

Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have

reached the age of majority since June 1, 2026:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Castro Cosme | Meyling Medali | MMCC | 4:17-cv-00140-RWS |
| Estrella Mendoza | Marian Emily | MEEM | 4:19-cv-01992-RWS |
| Jacobe Osco | David Michael | DMJO | 4:17-cv-01711-RWS |
| Mateo Sanchez | Anahi | AMS | 4:16-cv-02059-RWS |
| Mejia Rojas | Isaias Roberto | IRMR | 4:20-cv-00337-RWS |
| Ochoa Armillon | Misael | MOA | 4:19-cv-02068-RWS |

Dated: July 1, 2026                                Respectfully submitted,

**NAPOLI SHKOLNIK**                          **RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Patrick J. Lanciotti                     By: /s/ Frank R. Rodriguez
Patrick J. Lanciotti, #5407523NY          Frank R. Rodriguez, #348988FL
360 Lexington Avenue, Eleventh Floor    255 Alhambra Cir., Suite 1150
New York, NY, 10017                          Coral Gables, FL 33134
(212) 397-1000                                 (305) 350-2300
planciotti@napolilaw.com                     frr@rtgn-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 1, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: July 1, 2026

_____/s/ Patrick J. Lanciotti_____