**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Father Chris Collins, et al.,       ) | |
|       ) | |
|       Plaintiffs,       ) | |
|       ) | |
|       v.       ) | No. 15-cv-1704 |
|       ) | (consolidated) |
| Doe Run Resources Corporation, et al.,       ) | |
|       ) | |
|       Defendants.       ) | |

**REPORT TO COURT ORDER TO
IDENTIFY WHO HAVE REACHED AGE 18**

COME NOW, Plaintiffs, by and through the undersigned counsel, pursuant to the Court's

Order entered on May 14, 2024 (ECF No. 844), hereby submit a list of individuals who have

reached the age of majority since July 1, 2026:

| Last Name | First Name | Initials | Index Number |
|---|---|---|---|
| Abal Puente | Nadia Fiorela | NFAP | 4:20-cv-00964-RWS |
| Alvarado Cardenas | Carlos Junior | CJAC | 4:19-cv-02156-RWS |
| Andrade Balbin | Maria Esther | MEAB | 4:16-cv-02028-RWS |
| Aquino Campos | Cesar Deybis | CDAC | 4:17-cv-00440-RWS |
| Camargo Zanabria | Ariana | ACZ | 4:16-cv-02117-RWS |
| Chavez Agui | Victor Manuel | VMCA | 4:17-cv-00439-RWS |
| Conde Egoavil | Milagros | MCE | 4:16-cv-02093-RWS |
| Huerta Melo | Juan David | JDHM | 4:19-cv-01355-RWS |
| Laureano Condor | Liz Abigail | LALC | 4:17-cv-01159-RWS |
| Leon Caso | Christopher Yaniksam | CYLC | 4:19-cv-02831-RWS |
| Misari Alvaro | Andrea Mery | AMMA | 4:17-cv-01838-RWS |
| Travezano Granados | Nazareth Celeste | NCTG | 4:17-cv-00535-RWS |

Dated: August 3, 2026                          Respectfully submitted,

**NAPOLI SHKOLNIK**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that on August 3, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: August 3, 2026

_____/s/ Patrick J. Lanciotti_____